*Pro Per*

FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 17 2023    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHHINGTON**

| | |
|---|---|
| CODY HART, DERRILL FUSSELL, KEVIN EWING, TIMOTHY GARRISON, STEVEN RINDAL, and KATHY LAFRENIERE <br><br> Plaintiffs, <br><br> v. <br><br> SKAGIT COUNTY AUDITOR SANDRA PERKINS, SKAGIT COUNTY CANVASSING BOARD MEMBERS, RONALD WESEN, LISA JANICKI, ERIK PEDERSEN, MELINDA MILLER, RICHARD WEYRICH, COUNTY OF SKAGIT, and RLI INSURANCE COMPANY <br><br> Defendants | CASE NO. **2:23-cv-00404-RSL** <br><br> **COMPLAINT FOR CIVIL CASE** |

## I.    THE PARTIES TO THIS COMPLAINT

**A.    Plaintiff(s)**

    1)    Name:             Cody R. Hart
              Street Address     929 E. College Way
              City and County   Mount Vernon, County of Skagit
              State and Zip Code  Washington, [98273]

ORIGINAL COMPLAINT FOR A CIVIL CASE - 1

SUMMONS ISSUED (6ea) SEA 2-1588

*Pro Per*

2)     Name:            Derrill J. Fussell
        Street Address     929 E. College Way
        City and County    Mount Vernon, County of Skagit
        State and Zip Code   Washington, [98273]

3)     Name:            Kevin S. Ewing
        Street Address     929 E. College Way
        City and County    Mount Vernon, County of Skagit
        State and Zip Code   Washington, [98273]

4)     Name:            Timothy Garrison
        Street Address     929 E. College Way
        City and County    Mount Vernon, County of Skagit
        State and Zip Code   Washington, [98273]

5)     Name:            Steven Rindal
        Street Address     929 E. College Way
        City and County    Mount Vernon, County of Skagit
        State and Zip Code   Washington, [98273]

6)     Name:            Kathy LaFreniere
        Street Address     929 E. College Way
        City and County    Mount Vernon, County of Skagit
        State and Zip Code   Washington, [98273]

**B.**     **Defendant(s)**

1)     Name:            Sandra F. Perkins
        Street Address     700 S. Second Street
        City and County    Mount Vernon, County of Skagit
        State and Zip Code   Washington, 98273
        Telephone Phone    360-416-1600

2)     Name:            Ronald G. Wesen
        Street Address     P.O. Box 1306 Administration Building, Room 201
        Street Address     700 S. Second Street
        City and County    Mount Vernon, County of Skagit
        State and Zip Code   Washington, 98273
        Telephone Phone    360-416-1300

3)     Name:            Lisa M. Janicki
        Street Address     P.O. Box 1306 Administration Building, Room 201
        Street Address     700 S. Second Street
        City and County    Mount Vernon, County of Skagit
        State and Zip Code   Washington, 98273
        Telephone Phone    360-416-1300

ORIGINAL COMPLAINT FOR A CIVIL CASE - 2

*Pro Per*

4)  Name:                Erik G. Pedersen
    Street Address       700 S. Second Street
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, 98273
    Telephone Phone      360-416-1600

5)  Name:                Melinda B. Miller
    Street Address       P.O. Box 1306 Administration Building, Room 201
    Street Address       700 S. Second Street
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, 98273
    Telephone Phone      360-416-1300

6)  Name:                Richard A. Weyrich
    Street Address       P.O. Box 1306 Administration Building, Room 201
    Street Address       700 S. Second Street
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, 98273
    Telephone Phone      360-416-1600

7)  Name:                County of Skagit
    Street Address       P.O. Box 1306 Administration Building, Room 201
    Street Address       700 S. Second Street
    City and County      Mount Vernon, County of Skagit
    State and Zip Code   Washington, 98273
    Telephone Phone      360-416-1300

8)  Name:                RLI Insurance Company
    Street Address       9025 North Lindbergh Drive
    City and County      Peoria, County of Peoria
    State and Zip Code   Illinois, 61615
    Telephone Phone      309-692-1000

## II.     INTRODUCTION

1.     This is an action under 52 U.S.C. 20302, 52 U.S.C. 20701, 52 U.S.C. 21081, 52 U.S.C. 21082, 18 U.S.C. 1001, RCW 36.16.040, RCW 36.16.070, RCW 42.08.020 and RCW 42.08.030 concerning Skagit County Auditor and Skagit County Canvassing Board Members, who as a public officers for 2016, 2017, 2018, and 2019 elections refused or neglected to properly perform their duties, failed to comply with federal election laws, and betrayed the public's trust.

ORIGINAL COMPLAINT FOR A CIVIL CASE - 3

*Pro Per*

2.      The Plaintiffs allege that the Defendants, Skagit County Auditor Sandra Perkins, and Skagit County Canvassing Board members, Ronald Wesen, Lisa Janicki, Erik Pedersen, Melinda Miller, and Richard Weyrich, violated the law by not properly performing their duties to oversee and conduct legal elections, falsely certified election results, and then further violated the law by concealing material facts about their misconduct,  betraying their obligation to uphold the Laws of the United States of America and the United States Constitution betraying the public trust and breaching the condition of their official bond.

### III.    JURISDICTION AND VENUE

3.      Plaintiffs are all United States Citizens of the State of Washington.

4.      Plaintiffs are all residents of Skagit County who qualify as "any person" as defined in RCW 42.08.020 with standing to seek relief.

5.      Defendant, Auditor Sandra Perkins, is a "public officer" required to abide by the Laws of the United States of America and who the Plaintiffs are entitled to make claims against per RCW 42.08.

6.      Defendant, Canvassing Board Member Ronald Wesen, is a "public officer" required to abide by the Laws of the United States of America and who the Plaintiffs are entitled to make claims against per RCW 42.08.

7.      Defendant, Canvassing Board Member Lisa Janicki, is a "public officer" required to abide by the Laws of the United States of America and who the Plaintiffs are entitled to make claims against per RCW 42.08.

8.      Defendant, Canvassing Board Member Erik Pedersen, is a "public officer", appointed by Defendant Richard Weyrich to the Canvassing Board, required to abide by the Laws of the United States of America, and who the Plaintiffs are entitled to make claims against per RCW 42.08.

ORIGINAL COMPLAINT FOR A CIVIL CASE - 4

*Pro Per*

9.      Defendant, Canvassing Board Member Melinda Miller, is a "public officer", appointed by Defendant Richard Weyrich to the Canvassing Board, required to abide by the Laws of the United States of America, and who the Plaintiffs are entitled to make claims against per RCW 42.08.

10.      Defendant, Canvassing Board Member Richard Weyrich, is a "public officer", who appointed Defendants Erik Pedersen and Melinda Miller as his Canvassing Board designee, and who also as the County Prosecuting Attorney was required to abide by the Laws of the United States of America including U.S. Election laws, violated the United States Constitution, and who the Plaintiffs are entitled to make claims against per RCW 42.08.

11.      Defendant, RLI Insurance Company, is incorporated under the laws of the State of Illinois, and has its principal place of business in the State of Illinois.

12.      Defendant, Skagit County, is a necessary party to this action.

13.      This case involves violations of the U.S. Election Laws including 52 U.S.C. 20302, 52 U.S.C 20701, 52 U.S.C. 21081, 52 U.S.C. 21082, which are federal questions giving this Court jurisdiction pursuant to 28 U.S.C. 1331.

14.      This case involves violations of 18 U.S. Code § 1001, which is a federal question giving this Court jurisdiction pursuant to 28 U.S.C. 1331.

15.      This case meets the requirements of federal reasons for jurisdiction because of violations of the U.S. Constitution, federal laws and the amount in controversy is greater than $75,000, for each of the Plaintiffs.

16.      Venue is proper before this Court because the facts and causes of action described herein took place within the Western District of Washington.

ORIGINAL COMPLAINT FOR A CIVIL CASE - 5

*Pro Per*

## IV.    FACTS

17.    On or about August 1, 2019, the Skagit County Auditor Sandra Perkins, confirmed in a signed acknowledgment to the Secretary of State in a report titled, "Skagit County Election Procedures Review 2019 Special Election"[1] that the Skagit County Election office, Skagit County Auditor, and Skagit County Canvassing Boards, had failed to properly administer the election system, develop canvassing board rules, and had violated state and federal laws.

18.    Official duties and violations identified in the August 2019 Secretary of State (SOS) report that where signature confirmed to be violated by the past Canvassing Boards and Skagit County Auditor Sandra Perkins included; Communication with Military and Overseas Voter Violations, Provisional Ballot Violations, Canvassing Board Oath Violations, Public Meeting Notification Violations, Public Meeting Minute and Record Violations, Canvassing Board Manual Violations, and Ballot Box Violations.

19.    Although the findings by the Secretary of State against the Skagit County Elections Department where issued in 2019, the election laws that had not been violated had been formally adopted and in effect for all cases over ten years and many as far back as 2002.

20.    Although the findings by the Secretary of State against the Skagit County Elections Department where issued in 2019, the findings confirmed that past canvassing boards for past elections, such as 2016, 2017, and 2018, had violated the same laws and neglected to properly perform their duties.

21.    Contained in the "Skagit County Election Procedures Review 2019 Special Election" document from the Washington Secretary of State is a signed admission by Skagit County Auditor Sandra Perkins of the violations on behalf of the Skagit County Election Department and Canvassing Board members confirming the violations.

---

[1] Attached exhibits include 1) 2019 SOS Election Review of Skagit County 2) Defendant signed election certifications 2016, 2017, 2018, 2019 3) Certified copy of defendant's official bonds 4) Plaintiff Affidavits 5) Notice of Pendency

ORIGINAL COMPLAINT FOR A CIVIL CASE - 6

Pro Per

22.    As a result of the failure of the Defendants, Skagit County Auditor and Canvassing Board Members, to properly perform their duties, additional public resources, including those of the Plaintiffs, have been and continue to be used to remedy the misconduct that has occurred.

23.    Furthermore, the Skagit County Auditor and Canvassing Board Members neglect of duty damaged political candidates' campaigns by not providing a compliant election system.

## V.    FIRST CAUSE OF ACTION
(52 U.S.C. 20302, State Responsibilities)

24.    Plaintiffs re-allege Paragraphs 1 through 23 and incorporates them as if set forth fully herein.

25.    By Defendants refusal or neglect to *"1) permit absent uniformed services voters and overseas voters to use absentee registration procedures and to vote by absentee ballot in general, special, primary, and runoff elections for Federal office;"* a cause of action has been created under 52 U.S.C. 20302 and that the Plaintiffs be provided the relief sought below.

## VI.    SECOND CAUSE OF ACTION
(52 U.S.C. 20701, Retention and Preservation of records, etc.)

26.    Plaintiffs re-allege Paragraphs 1 through 25 and incorporates them as if set forth fully herein.

27.    By Defendants refusal or neglect to *"1) retain and preserve, for a period of twenty-two months from the date of any general, special, or primary election of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives;"...."* all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election"*, when they failed to maintain canvassing board meeting minutes, a cause of action has been created under 52 U.S.C. 20701 and that the Plaintiffs be provided the relief sought below.

ORIGINAL COMPLAINT FOR A CIVIL CASE - 7

## VII.    THIRD CAUSE OF ACTION
(52 U.S.C. 21081, Voting systems standards)

28.    Plaintiffs re-allege Paragraphs 1 through 27 and incorporates them as if set forth fully herein.

29.    By Defendants refusal or neglect to *"adopt uniform and nondiscriminatory standards that define what constitutes a vote"*, by not including the required response deadline in verification notices to voters that resulted in non-uniform acceptance of votes, a cause of action has been created under 52 U.S.C. 21081 and that the Plaintiffs be provided the relief sought below.

## IIX.    FOURTH CAUSE OF ACTION
(52 U.S.C. 21082, Provisional voting and voting information requirements)

30.    Plaintiffs re-allege Paragraphs 1 through 29 and incorporates them as if set forth fully herein.

31.    By Defendants refusal or neglect to *"At the time that an individual casts a provisional ballot, the appropriate State or local election official shall give the individual written information that states that any individual who casts a provisional ballot will be able to ascertain under the system established under subparagraph (B) whether the vote was counted, and, if the vote was not counted, the reason that the vote was not counted"*, by not notifying that the voter is only provisionally registered until identification can be verified, a cause of action has been created under 52 U.S.C. 21082 and that the Plaintiffs be provided the relief sought below.

## IX.    FIFTH CAUSE OF ACTION
(52 U.S.C. 21082, Provisional voting and voting information requirements)

32.    Plaintiffs re-allege Paragraphs 1 through 31 and incorporates them as if set forth fully herein.

33.    By Defendants refusal or neglect to allow an *"...individual shall be permitted to cast a provisional ballot at the polling place..."* by not having a provisional ballot packet available to voters, a cause of action has been created under 52 U.S.C. 21082 and that the Plaintiffs be provided the relief sought below.

ORIGINAL COMPLAINT FOR A CIVIL CASE - 8

*Pro Per*

## X.    SIXTH CAUSE OF ACTION
(18 U.S.C. Section 1001 Statements or entries generally)

34.    Plaintiffs re-allege Paragraphs 1 through 33 and incorporates them as if set forth fully herein.

35.    By Defendants *"…materially false, fictitious, or fraudulent statement or representation;"* by certifying as Canvassing Board Members or election officials that the supporting documentation of the election they certified were true and correct, a cause of action has been created under 52 U.S.C. 21082 and that the Plaintiffs be provided the relief sought below.

## XI.    SEVENTH CAUSE OF ACTION
(RCW 36.16.040 Oath of Office)

36.    Plaintiffs re-allege Paragraphs 1 through 35 and incorporates them as if set forth fully herein.

37.    Because the Defendants, Melinda Miller and Erik Pedersen were appointed to a County Position as a designee of an Elected Official, and had no oath of office while acting as a Canvassing Board member, a cause has been created under RCW 36.16.040.

## XII.    EIGHTH CAUSE OF ACTION
(RCW 36.16.070 Deputies and Employees)

38.    Plaintiffs re-allege Paragraphs 1 through 37 and incorporates them as if set forth fully herein.

39.    According to Washington State Law, RCW 36.16.070. *"A deputy may perform any act which his principal is authorized to perform. The officer appointing a deputy or other employee shall be responsible for the acts of his appointees upon his official bond and may revoke each appointment at pleasure."*

40.    Because the Defendants, Melinda Miller and Erik Pedersen have committed acts of neglect of duty and are appointees of Richard Weyrich, a cause has been created under RCW 36.16.070.

ORIGINAL COMPLAINT FOR A CIVIL CASE - 9

### XIII.  NINTH CAUSE OF ACTION
(RCW 42.08.020 Who May Maintain Action)

41.    Plaintiffs re-allege Paragraphs 1 through 40 and incorporates them as if set forth fully herein.

42.    By Defendants official misconduct or neglect of duty and rendering of his or her sureties therein liable upon such bond; that the Plaintiffs are entitled to take action against the Defendants, Sandra Perkins, Ronald Wesen, Lisa Janicki, Melinda Miller, Erik Petersen, Richard Weyrich, creating a cause of action under RCW 42.08.020 and that the Plaintiffs be provided the relief sought below.

### XIV.  TENTH CAUSE OF ACTION
(RCW 42.08.030 Leave of Court Required)

43.    Plaintiffs re-allege Paragraphs 1 through 42 and incorporates them as if set forth fully herein.

44.    Because the Plaintiffs have provided to this Court the required certified official bond of the Defendants, Sandra Perkins, Ronald Wesen, Lisa Janicki, Richard Weyrich, County of Skagit, RLI Insurance Company, and provided affidavits of the Plaintiffs showing the delinquency they are entitled, a cause has been created under RCW 42.08.030 and that the Plaintiffs be provided the relief sought below.

### XV.    REQUEST FOR RELIEF

Wherefore, Plaintiffs respectfully request the following relief:

1.    That a ruling be issued under the Seal of this Court finding and declaring that that the Plaintiffs, individually and jointly if so desired, are granted Leave of Court, per RCW 42.08.030, to pursue the Official Bonds of the Defendants, Sandra Perkins, Ronald Wesen, Lisa Janicki, and Richard Weyrich for the damages described in the pleadings and Plaintiffs affidavits.

*Pro Per*

2.    That a ruling be issued under the Seal of this Court finding and declaring that that the Plaintiffs, individually and jointly if so desired, are granted Leave of Court to pursue reimbursement from the Defendants, Sandra Perkins, Ron Wesen, Lisa Janicki, Melinda Miller, Erik Petersen, and Richard Weyrich, for damages to the Plaintiffs, in each of the Defendants private individual capacity.

3.    That this court refer this matter to an appropriate law enforcement agency for criminal investigation of what has been reported in this complaint and in the attached affidavits, and for other crimes as the court finds appropriate.

## XVI.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated March 16, 2023

Respectfully submitted,

Cody R. Hart, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
info@codyhart.org
360-982-0928

Derrill J. Fussell, *Pro Per*
929 E. College Way
squareshooter@earthlink.net
Mount Vernon, WA [98273]
360-707-1815

ORIGINAL COMPLAINT FOR A CIVIL CASE - 11

*Pro Per*

Kevin S. Ewing, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
kevinewing243@gmail.com
360-661-2484

Steven Rindal, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
smrindal@gmail.com
360-424-1066

Timothy Garrison, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
Pacer0701@outlook.com
360-391-0472

Kathy LaFreniere, *Pro Per*
929 E. College Way
Mount Vernon, WA [98273]
kathyannelafreniere@gmal.com
360-770-6532

ORIGINAL COMPLAINT FOR A CIVIL CASE - 12

# EXHIBIT 1

# Skagit County Election Procedures Review 2019 Special Election

# Skagit County
## Election Procedures Review | 2019 Special Election

Final Report Issued August 2019

The report does not affect the validity of the outcome of a primary or election or the validity of any canvass of returns (RCW 29A.04.570).



Office of the Secretary of State

*Kim Wyman*

Elections Division          520 Union Ave SE, Olympia, WA 98504-0229          (360) 902-4180

**Table of Contents**

Review Process ...................................................................................2

County Elections Department Fact Sheet ....................................3

Best Practices .......................................................................................4

Suggestions for Improvement ......................................................5

County Response ................................................................................8

Synopsis ............................................................................................10

2    Skagit County **|** 2019 February Special Election Review

## Review Process

The county elections department procedures review process:
- Promotes consistency of election administration statewide.
- Provides feedback to the County Auditor.
- Highlights best practices in our state.

County elections departments are scheduled for review every 5 years.[1]

This review, required by state law, evaluates Skagit County Elections Department procedures and practices. A certified elections administrator from the Elections Division of the Office of the Secretary of State conducted the review.

The reviewer followed a checklist containing election procedures and processes. The election department procedures reference state statutes, state rules, and federal acts regarding the administration of elections and voter registration. The reviewer observed election practices during the 2019 February Special Election. Written procedures and county documentation were analyzed for compliance with state laws and rules.

---

[1] RCW 29A.04.560, RCW 29A.04.570

## County Elections Department Fact Sheet

Election: February 12, 2019

Registered voters: 76,212

Ballots returned: 14,867

Percentage of voter turnout: 36.73%

Total ballot deposit sites available: 10

    Voting centers: 1

    24-hour deposit sites: 9

Jurisdictions: 65

Permanent staff: 3 full-time, 17 part-time

Seasonal staff: none

Total county square miles: 1,920

Unique challenges: Skagit County recently received funds for additional staffing, new equipment, and increased facility space during Primary and General Elections. Implementing the new changes will take time before true impact is recognized.

Incorporated areas: Anacortes, Burlington, Mount Vernon, Concrete, Hamilton, La Conner, Lyman

Unincorporated areas: Alger, Bayview, Big Lake, Clear Lake, Blanchard, Bow, Conway, Edison, Fir Island, Guemes Island, Lake Cavanaugh, Marblemount, Rockport, Samish Island, Shelter Bay, Swinomish Reservation

Voter registration system: Votec

Tabulation system: Hart Verity

# Best Practices

County elections department activities that improve efficiency, accuracy, and voter services.

## Inclement Weather Plan

Excessive snow required Skagit County Elections to successfully activate their inclement weather plan. The plan consisted of joint collaboration between the Auditor and Sheriff's Office which allowed for all ballot boxes to be closed at 8pm election night. Elections staff rode with a sheriff's deputy to each ballot box, emptied and sealed the ballot box and then brought the ballots back to the Auditor's Office. Each staff member commented they felt safe in the treacherous weather conditions and appreciated the dedicated Sheriff Deputies.

## Zip Ties

Skagit County Elections threads a plastic zip tie through each batch of envelopes after all ballots have been removed. This is a great way to quickly see the envelopes are empty and do not contain any voted ballots.

## Ballot Return Data

Skagit County Elections does not charge a fee for ballot return reports. Reduced work related to cashiering, financial tracking, and mailing of receipts were the primary reasons the county decided to no longer charge for these reports. The community appreciates the quick and efficient customer service provided by the Skagit County Elections Department.

## Accessible Community Advisory Committee

In Dec. of 2017, the Governor's Committee on Disability Issues and Employment invited Skagit County to an informational meeting in Anacortes. In Feb. 2018, about 15 individuals in Anacortes (Skagit County Auditor included), formed the Anacortes ACAC. In June of 2018, they made a presentation to the Skagit County Board of County Commissioners, proposing that a county-level ACAC be formed. The Board was very interested in that and directed the Legal Dept. to do a review and make sure we started the ACAC on solid footing.  At that time, the County Administrator also directed the Health Dept. to be the facilitator of the County-level ACAC, as they head-up many such community minded groups. The Health Dept. expects to have final sign off in late June 2019.  Additionally, the mayors of Concrete, Sedro-Woolley and Mount Vernon are all interested in starting ACAC groups in their communities, that will operate in conjunction with Anacortes and the county-level group. The Skagit County Auditor is commended for her dedication to the creation of these groups as a means to increase voter participation and accessibility services within the county.

# Suggestions for Improvement

These suggestions assist the county elections department in implementing state and federal laws and rules.

## Verification Notice

The verification notice does not include the required 45 day response deadline. When a voter registration application is missing required information the department must state the voter has 45 days to return the form prior to the voter application becoming void.[2]

## Identification Notice

The Identification Notice does not state the voter is provisionally registered until identification can be verified. An identification notice is sent to the voter to obtain the correct driver's license number, state identification card number, last four digits of the social security number, or an alternate form of identification. The Identification Notice must be updated to include notice that the voter is provisionally registered.[3]

## Communication with Military and Overseas Voters

Skagit County Elections does not contact new military and overseas voters to determine how they want to receive all future ballots. Skagit County Elections must offer these voters the option to receive their ballots either by mail, fax, or email as soon as possible after the registration is received if a military or overseas voter did not provide that information on the registration form.[4]

## Logic and Accuracy Test

Skagit County Elections did not notify the political parties or the candidates of the Logic and Accuracy test date and time, nor was it posted on the website. The Skagit County Auditor must provide notification of the Logic and Accuracy test to political parties, candidates, and provide notification via the county website.[5]

## Voting Center Signage

Skagit County Elections has one voting center located in the Skagit County Auditor's Office. No signage was visible from outside the courthouse. More signage is required to direct the public to

---

[2] RCW 29A.08.110
[3] RCW 29A.08.030; RCW 29A.08.107; WAC 434-324-045; WAC 434-324-010
[4] WAC 434-235-020
[5] WAC 434-335-320; RCW 42.30.080

the Skagit County Elections Office. This signage must be visible from outside the voting center and in place during business hours beginning 18 days before each election.[6]

## Updating Ballot Signatures

Skagit County Elections utilizes a combined signature challenge letter for both unsigned and mismatched signature challenges. Skagit County Elections updates voter signatures via this returned Unsigned and Mismatched Signature Form. The form must include both the ballot declaration oath and the voter registration oath in order to update a voter registration signature. Skagit County Elections must update their signature challenge form to include both oaths.[7]

## Provisional Ballot

Skagit County Elections was unable to provide a provisional ballot packet. A provisional ballot packet must be available eighteen days before the election. Provisional ballots must be visually distinguishable from other ballots and incapable of being tabulated by a voting system. Skagit County Elections must ensure that provisional ballots are available for voters every election.[8]

## Canvassing Board

### Member Oath of Office

Skagit County Elections does not have a Canvassing Board member oath of office. The oath required is similar to the one taken by county auditors and deputy auditors in the performance of their duties. Skagit County Elections must obtain an oath from each of the canvassing board members prior to canvassing the yearly elections.[9]

### Meetings

All Skagit County Canvassing Board meetings are subject to the requirements of open public meetings.

**Website.** The Skagit County Auditor's office does not post Canvassing Board meeting information on its website. In addition to the published Notice of Election, each Canvassing Board Meeting date, time, and location must be posted on the county website.[10]

**Minutes.** The Skagit County Canvassing Board meeting minutes did not include required information such as time and location of the meeting, administrative motions made, or the time adjourned. The Skagit County Canvassing Board must provide clear and concise minutes that

---

[6] WAC 434-250-105(1)(b)
[7] WAC 434-261-050
[8] RCW 29A.36.115; RCW 29A.40.160
[9] RCW 29A.60.140
[10] RCW 29A.60.140(5); RCW 42.30.077; RCW.42.30.080

include information discussed, documents reviewed, and any decisions made regarding ballot rejection as a board.[11]

**Canvassing Board Manual**

Skagit County Elections was not able to produce a current Canvassing Board Manual. The County Canvassing Board is required to have a manual which must include at a minimum:

1. Written procedures regarding the conduct of a recount
2. Scenarios for when ballots are to be duplicated

The manual must be updated and officially adopted by the Canvassing Board at a public meeting. The date of adoption must be included in the manual. The Canvassing Board should review the manual on a regular basis.[12]

**Ballot Box Installation Plan**

Skagit County Elections has not installed the designated number of ballot boxes necessary to provide one ballot drop box per fifteen thousand registered voters in the county, and a minimum of one ballot drop box in each city, town, and census-designated place in the county with a post office. Skagit County must install boxes in Lyman, Hamilton, Conway, Clear Lake, Rockport, and Marblemount. Skagit County Elections must comply with legal requirements regarding installation of ballot boxes at designated locations.[13]

---

[11] RCW 42.30.080; RCW 42.30.035; WAC 434-262-031
[12] RCW 29A.60.140; WAC 434-261-100
[13] RCW 29A.40.160

# County Response



Sandra Perkins, CFE
## SKAGIT COUNTY AUDITOR
P.O. BOX 1306
Mount Vernon, WA 98273

**David Cunningham**
*Chief Deputy Auditor*
*& Elections Supervisor*

**Laura Franklin**
*Chief Accountant*

**Skagit County 2019 Election Review Response**

Tuesday, July 30, 2019,

Following is Skagit County's official response to the Elections Review conducted by the Washington State Secretary of State's Office in February, 2019. The final version of the report was issued in April 2019. The review was conducted primarily by SOS staff member Cindy Gobel, with assistance from other SOS staff.

_____          _____
Signed                                                      Date

8/1/19



Sandra Perkins, CFE
## SKAGIT COUNTY AUDITOR
P.O. BOX 1306
Mount Vernon, WA  98273

*David Cunningham*                    *Laura Franklin*
*Chief Deputy Auditor*               *Chief Accountant*
*& Elections Supervisor*

### Skagit County 2019 Election Review Response

In response to the Review, Skagit County Elections has implemented, or is in the process of implementing, the following changes.

Following are Skagit County's responses to Review section, "Suggestions for Improvement," starting on page 5. That section contains all changes proposed by the reviewer. Each reviewer suggestion is in a sub-heading under "Suggestions for Improvement" – our responses are grouped by those sub-headings.

## 1.    Header "Verification Notice" (P. 5)

*The reviewer wrote:*

> The verification notice does not include the required 45 day response deadline. When a voter registration application is missing required information the department must state the voter has 45 days to return the form prior to the voter application becoming void.

*Skagit County Election's response:*

> We have added the 45 day response deadline to the Verification Notice.

## 2.    Header "Identification Notice" (P. 5)

*The reviewer wrote:*

> The Identification Notice does not state the voter is provisionally registered until identification can be verified. An identification notice is sent to the voter to obtain the correct driver's license number, state identification card number, last four digits of the social security number, or an alternate form of identification. The Identification Notice must be updated to include notice that the voter is provisionally registered.



Sandra Perkins, CFE
**SKAGIT COUNTY AUDITOR**
P.O. BOX 1306
Mount Vernon, WA  98273

*David Cunningham*          *Laura Franklin*
*Chief Deputy Auditor*      *Chief Accountant*
*& Elections Supervisor*

**Skagit County 2019 Election Review Response**

*Skagit County Election's response:*

> The County's Identification Notice has been modified to include the statement that the voter is only provisionally registered until identification can be verified.

## 3.  Header "Communication with Military and Overseas Voters" (P. 5)

*The reviewer wrote:*

> Skagit County Elections does not contact new military and overseas voters to determine how they want to receive all future ballots. Skagit County Elections must offer these voters the option to receive their ballots either by mail, fax, or email as soon as possible after the registration is received if a military or overseas voter did not provide that information on the registration form.

*Skagit County Election's response:*

> If the Secretary of State's Office does not put the following on the state's Voter Registration form, Skagit County Elections has, or will...

> - Implement a new form for military and overseas voters to indicate how they want to receive all future ballots: either by mail, email, or fax;
> - Contact those military and overseas voters as soon as possible after their registration is received to determine the voters ballot receipt-method preference if the voter did not provide that information on the registration form;
> - Implement the above changes only if the Secretary of State's Office does not implement the above questions on the state's Voter Registration form. As of this writing (7/3/2019), Skagit County has not been informed that these changes have been

Skagit County  |  2019 February Special Election Review    11



Sandra Perkins, CFE
**SKAGIT COUNTY AUDITOR**
P.O. BOX 1306
Mount Vernon, WA  98273

*David Cunningham*                    *Laura Franklin*
*Chief Deputy Auditor*              *Chief Accountant*
*& Elections Supervisor*

**Skagit County 2019 Election Review Response**

put on the state's Voter Registration form.

### 4.    Header "Logic and Accuracy Test" (P. 5)

*The reviewer wrote:*

> Skagit County Elections did not notify the political parties or the candidates of the Logic and Accuracy test date and time, nor was it posted on the website. The Skagit County Auditor must provide notification of the Logic and Accuracy test to political parties, candidates, and provide notification via the county website.

*Skagit County Election's response:*

> We will...

- Add parties and candidates to the list of those to be notified, and;
- Put notification of the LAT's date and time on the website.

### 5.    Header "Voting Center Signage" (P. 5)

*The reviewer wrote:*

> Skagit County Elections has one voting center located in the Skagit County Auditor's Office. No signage was visible from outside the courthouse. More signage is required to direct the public to the Skagit County Elections Office. This signage must be visible from outside the voting center and in place during business hours beginning 18 days before each election.

*Skagit County Election's response:*

> Skagit County Elections will...

- Put signs on our checklist of elections activities;
- Investigate having the county's Facilities Department put



Sandra Perkins, CFE
### SKAGIT COUNTY AUDITOR
P.O. BOX 1306
Mount Vernon, WA 98273

*David Cunningham*
*Chief Deputy Auditor*
*& Elections Supervisor*

*Laura Franklin*
*Chief Accountant*

**Skagit County 2019 Election Review Response**

Elections ("Voter Registration") on permanent signs.

## 6.    Header "Updating Ballot Signatures," (P. 6)

*The reviewer wrote:*

Skagit County Elections utilizes a combined signature challenge letter for both unsigned and mismatched signature challenges. Skagit County Elections updates voter signatures via this returned Unsigned and Mismatched Signature Form. The form must include both the ballot declaration oath and the voter registration oath in order to update a voter registration signature. Skagit County Elections must update their signature challenge form to include both oaths.

*Skagit County Election's response:*

We updated our signature challenge letter to include both oaths, as described.

## 7.    Header "Provisional Ballot," (P. 6)

*The reviewer wrote:*

Skagit County Elections was unable to provide a provisional ballot packet. A provisional ballot packet must be available eighteen days before the election. Provisional ballots must be visually distinguishable from other ballots and incapable of being tabulated by a voting system. Skagit County Elections must ensure that provisional ballots are available for voters every election.

*Skagit County Election's response:*

We will implement a provisional ballot packet that will be...

- Available 18 day before an election;



Sandra Perkins, CFE
**SKAGIT COUNTY AUDITOR**
P.O. BOX 1306
Mount Vernon, WA  98273

*David Cunningham*            *Laura Franklin*
*Chief Deputy Auditor*        *Chief Accountant*
*& Elections Supervisor*

**Skagit County 2019 Election Review Response**

- Visually distinguishable from other ballots;
- Incapable of being tabulated by our voting system.
- A different envelope will be used for provisional ballots that will:
  - Be visually different from all other envelopes;
  - Identify the data to be captured, and...
  - List the determinations that were made.

Additionally, our website will show the disposition of their provisional ballot, or how they can determine that.

## 8.  Header "Canvasing Board," (starting on P. 6)

The header "Canvasing Board" contains underneath it several sub-headers. All those sub-headers are addressed here.

*Sub-header "Member Oath of Office," where the reviewer wrote:*

Skagit County Elections does not have a Canvassing Board member oath of office. The oath required is similar to the one taken by county auditors and deputy auditors in the performance of their duties. Skagit County Elections must obtain an oath from each of the canvassing board members prior to canvassing the yearly elections.

*Skagit County Election's response:*

- A Canvasing Board Oath of Office has been created and implemented.
- Sub-header "Meetings," where the reviewer wrote:
- All Skagit County Canvassing Board meetings are subject to the requirements of open public meetings.
- Website. The Skagit County Auditor's office does not post Canvassing Board meeting information on its website. In addition to





**Sandra Perkins, CFE**
## SKAGIT COUNTY AUDITOR
P.O. BOX 1306
Mount Vernon, WA  98273

*David Cunningham*                    *Laura Franklin*
*Chief Deputy Auditor*              *Chief Accountant*
*& Elections Supervisor*

**Skagit County 2019 Election Review Response**

the published Notice of Election, each Canvassing Board Meeting date, time, and location must be posted on the county website.

*Sub-header "Minutes," where the reviewer wrote:*

The Skagit County Canvassing Board meeting minutes did not include required information such as time and location of the meeting, administrative motions made, or the time adjourned. The Skagit County Canvassing Board must provide clear and concise minutes that include information discussed, documents reviewed, and any decisions made regarding ballot rejection as a board.

*Skagit County Election's response:*

- All Canvasing Board meeting dates and times will be on our website, in addition to being in the published Notice of Election.
- We will add wording to our Canvasing Board minutes to the effect of...
  - o "...per motion by the Skagit County Canvasing Board, the following actions were taken...", or...
  - o A title to the effect of "...Canvasing Board Meeting to Determine...", or some such "introductory" statement
- We will list what document (ballot) types were reviewed, e.g. no-signs, questioned signatures, late ballots, reconciliations, etc.
- We will ensure that all Canvasing Board meetings meet all requirements of open public meetings.

*Sub-header "Canvasing Board Manual," where the reviewer wrote:*

Skagit County Elections was not able to produce a current Canvassing Board Manual. The County Canvassing Board is required to have a manual which must include at a minimum:



Sandra Perkins, CFE
## SKAGIT COUNTY AUDITOR
P.O. BOX 1306
Mount Vernon, WA 98273

*David Cunningham*
*Chief Deputy Auditor*
*& Elections Supervisor*

*Laura Franklin*
*Chief Accountant*

**Skagit County 2019 Election Review Response**

- Written procedures regarding the conduct of a recount

- Scenarios for when ballots are to be duplicated

The manual must be updated and officially adopted by the Canvassing Board at a public meeting. The date of adoption must be included in the manual. The Canvassing Board should review the manual on a regular basis.

*Skagit County Election's response:*

An up to date Canvasing Board Manual has been created.

*Sub-header "Ballot Box Installation Plan," where the reviewer wrote:*

Skagit County Elections has not installed the designated number of ballot boxes necessary to provide one ballot drop box per fifteen thousand registered voters in the county, and a minimum of one ballot drop box in each city, town, and census-designated place in the county with a post office. Skagit County must install boxes in Lyman, Hamilton, Conway, Clear Lake, Rockport, and Marblemount. Skagit County Elections must comply with legal requirements regarding installation of ballot boxes at designated locations.

*Skagit County Election's response:*

Skagit County's plan is to purchase and install more ballot boxes when it is funded by the State. Litigation is pending that challenges Senate Bill 5472 (Ballot Drop Box Bill) as a violation of RCW 43.165.060, prohibition of new or extended programs without full reimbursement.

16    Skagit County | 2019 February Special Election Review



Sandra Perkins, CFE
## SKAGIT COUNTY AUDITOR
P.O. BOX 1306
Mount Vernon, WA 98273

*David Cunningham*
*Chief Deputy Auditor*
*& Elections Supervisor*

*Laura Franklin*
*Chief Accountant*

**Skagit County 2019 Election Review Response**

## Additional Action Items

The following "Additional Action Items," not included in the review's final version, have been, or will be, implemented in response to discussions that occurred during the course of the review.

*County response to a conversation about "Ballot Title Communication"*

Our procedure for finalizing measure ballot titles now includes the following requirements:

1.  The Elections Department must receive notice of acceptance of the ballot measure language from the Prosecuting Attorney's Office. That notice shall...
    a.  Be in email or hard-copy form, and
    b.  Include the exact language of the ballot title as accepted.

2.  The Elections Department shall provide, in email or hard-copy form, the exact language of the ballot title to:
    a.  The person(s) or municipality proposing the measure, and...
    b.  To any person requesting a copy of the ballot title.

3.  Documentation used in this process includes start and end dates for each point in this process.

## Synopsis

During the review election procedures and processes were examined. The county elections department procedures were reviewed against state statutes, state rules, and federal acts regarding the administration of elections and voter registration. The reviewer observed election practices during the February 12, 2019 Special Election.

The reviewer identified areas of best practices:

- Inclement Weather Plan
- Zip Ties
- Ballot Return Data
- Accessible Community Advisory Committee

The report suggests improvement in the following areas:

- Verification Notice
- Identification Notice
- Communication with Military and Overseas Voters
- Logic and Accuracy Test
- Voting Center Signage
- Updating Ballot Signatures
- Provisional Ballot
- Canvassing Board
  - Member Oath of Office
  - Meetings
  - Website
  - Minutes
- Canvassing Board Manual
- Ballot Box Installation Plan

The response of the County Auditor and County Canvassing Board addresses compliance with state and federal laws to ensure accessible, fair, and accurate elections.

The report does not affect the validity of the outcome of a primary or election or the validity of any canvass of returns. The election reviewer does not have jurisdiction to make such an evaluation, finding, or recommendation under this title. (RCW 29A.04.570).

# EXHIBIT 2

# Canvassing Board Certifications

## Oath of Authenticity

STATE OF WASHINGTON    )
                             ) ss.
COUNTY OF SKAGIT    )

I solemnly swear that the unofficial returns and supporting documentation of the Primary Election held on August 2nd, 2016 in Skagit County, State of Washington, are true and correct.

_____
County Auditor/Designee
*Subscribed and sworn to me this 16th day of August 2016*

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee


## Certification of the Canvassing Board

STATE OF WASHINGTON    )
                             ) ss.
COUNTY OF SKAGIT    )

The undersigned officers designated by law as constituting the Canvassing Board for the County of Skagit, State of Washington, hereby certify that this is a full, true and correct copy of the Abstract of Votes including the cumulative results, precinct results, and a reconciliation report of votes cast at the Primary Election held on August 2nd, 2016, in Skagit County, State of Washington, and that the following are the true and reconciled numbers of voters and votes counted.

*Witness our hands and official seal this 16th day of August 2016*

_____
County Auditor/Designee

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee

## Oath of Authenticity

STATE OF WASHINGTON )
                           ) ss.
COUNTY OF SKAGIT )

I solemnly swear that the unofficial returns and supporting documentation of the General Election held on November 8th, 2016 in Skagit County, State of Washington, are true and correct.

_____
County Auditor/Designee
*Subscribed and sworn to me this 29th day of November 2016*

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee


## Certification of the Canvassing Board

STATE OF WASHINGTON )
                           ) ss.
COUNTY OF SKAGIT )

The undersigned officers designated by law as constituting the Canvassing Board for the County of Skagit, State of Washington, hereby certify that this is a full, true and correct copy of the Abstract of Votes including the cumulative results, precinct results, and a reconciliation report of votes cast at the General Election held on November 8th, 2016, in Skagit County, State of Washington, and that the following are the true and reconciled numbers of voters and votes counted.

*Witness our hands and official seal this 29th day of November 2016*

_____
County Auditor/Designee

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee

## Oath of Authenticity

STATE OF WASHINGTON )
                              ) ss.
COUNTY OF SKAGIT    )

I solemnly swear that the unofficial returns and supporting documentation of the Primary Election held on August 1st, 2017 in Skagit County, State of Washington, are true and correct.

_____
County Auditor/Designee
*Subscribed and sworn to me this 15th day of August 2017*

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee


## Certification of the Canvassing Board

STATE OF WASHINGTON )
                              ) ss.
COUNTY OF SKAGIT    )

The undersigned officers designated by law as constituting the Canvassing Board for the County of Skagit, State of Washington, hereby certify that this is a full, true and correct copy of the Abstract of Votes including the cumulative results, precinct results, and a reconciliation report of votes cast at the Primary Election held on August 1st, 2017, in Skagit County, State of Washington, and that the following are the true and reconciled numbers of voters and votes counted.

*Witness our hands and official seal this 15th day of August 2017*

_____
County Auditor/Designee

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee

## Oath of Authenticity

STATE OF WASHINGTON   )
                            ) ss.

COUNTY OF SKAGIT       )

I solemnly swear that the unofficial returns and supporting documentation of the General Election held on November 7th, 2017 in Skagit County, State of Washington, are true and correct.

_____
County Auditor/Designee
*Subscribed and sworn to me this 28th day of November 2017*

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee


## Certification of the Canvassing Board

STATE OF WASHINGTON   )
                            ) ss.

COUNTY OF SKAGIT       )

The undersigned officers designated by law as constituting the Canvassing Board for the County of Skagit, State of Washington, hereby certify that this is a full, true and correct copy of the Abstract of Votes including the cumulative results, precinct results, and a reconciliation report of votes cast at the General Election held on November 7th, 2017 in Skagit County, State of Washington, and that the following are the true and reconciled numbers of voters and votes counted.

*Witness our hands and official seal this 28th day of November 2017*

_____
County Auditor/Designee

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee

## Oath of Authenticity

STATE OF WASHINGTON  )
                      ) ss.
COUNTY OF SKAGIT      )

I solemnly swear that the unofficial returns and supporting documentation of the Primary Election held on August 7th, 2018 in Skagit County, State of Washington, are true and correct.

_____
County Auditor/Designee
*Subscribed and sworn to me this 21st day of August 2018*

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee


## Certification of the Canvassing Board

STATE OF WASHINGTON  )
                      ) ss.
COUNTY OF SKAGIT      )

The undersigned officers designated by law as constituting the Canvassing Board for the County of Skagit, State of Washington, hereby certify that this is a full, true and correct copy of the Abstract of Votes including the cumulative results, precinct results, and a reconciliation report of votes cast at the Primary Election held on August 7th, 2018 in Skagit County, State of Washington, and that the following are the true and reconciled numbers of voters and votes counted.

*Witness our hands and official seal this 21st day of August 2018*

_____
County Auditor/Designee

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee

## Oath of Authenticity

STATE OF WASHINGTON )
                        ) ss.
COUNTY OF SKAGIT )

I solemnly swear that the unofficial returns and supporting documentation of the General Election held on November 6th, 2018 in Skagit County, State of Washington, are true and correct.

_____
County Auditor/Designee
*Subscribed and sworn to me this 27th day of November 2018*

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee

## Certification of the Canvassing Board

STATE OF WASHINGTON )
                        ) ss.
COUNTY OF SKAGIT )

The undersigned officers designated by law as constituting the Canvassing Board for the County of Skagit, State of Washington, hereby certify that this is a full, true and correct copy of the Abstract of Votes including the cumulative results, precinct results, and a reconciliation report of votes cast at the General Election held on November 6th, 2018 in Skagit County, State of Washington, and that the following are the true and reconciled numbers of voters and votes counted.

*Witness our hands and official seal this 27th day of November 2018*

_____
County Auditor/Designee

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee

## Oath of Authenticity

STATE OF WASHINGTON )
                       ) ss.
COUNTY OF SKAGIT )

I solemnly swear that the unofficial returns and supporting documentation of the Special Election held on February 12th, 2019 in Skagit County, State of Washington, are true and correct.

_____
County Auditor/Designee
*Subscribed and sworn to me this 22nd day of February 2019*

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee



## Certification of the Canvassing Board

STATE OF WASHINGTON )
                       ) ss.
COUNTY OF SKAGIT )

The undersigned officers designated by law as constituting the Canvassing Board for the County of Skagit, State of Washington, hereby certify that this is a full, true and correct copy of the Abstract of Votes including the cumulative results, precinct results, and a reconciliation report of votes cast at the Special Election held on February 12th, 2019 in Skagit County, State of Washington, and that the following are the true and reconciled numbers of voters and votes counted.

*Witness our hands and official seal this 22nd day of February 2019*

_____
County Auditor/Designee

_____
County Commissioner/Designee

_____
County Prosecuting Attorney/Designee

# EXHIBIT 3

# Certified
# Official Bonds

**Nationwide Surety & Fidelity**
*On Your Side*

16-2-00008-1

FILED
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA

2016 FEB -5 PM 2: 24

Bond Department
1100 Locust Street, Department 2006
Des Moines, IA 50391-2006

Public Official Bond

Bond No. BD 7900684925

## KNOW ALL MEN BY THESE PRESENTS:

That we, Lisa Janicki _____ , as Principal, and, Nationwide Mutual Insurance Company _____ a corporation under the laws of the State of Ohio as Surety, are held and firmly bound unto Skagit County, Washington _____ in the sum of Twenty-Two Thousand Five hundred and no/100  ($22,500.00)———— Dollars, lawful money of the United States, to the payment of which, well and truly to be made, we hereby bind ourselves, and each of us, our, and each of our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this 5th _____ day of January _____ A.D. 2016 ____ .

THE CONDITION OF THE ABOVE OBLIGATION IS, That whereas the above bounden principal has been appointed or elected to the office of County Commissioner _____ for the term beginning December 31, 2015 ____ and ending December 31, 2016 ____ .

NOW, THEREFORE, If the said Principal shall well, truly and faithfully perform all official duties required by law of such official during the term aforesaid, the principal and the Surety hereby agreeing that if said bond is required by any statute, all the provisions of such statute are hereby made a part of this bond, then this obligation shall be void; otherwise to remain in full force and effect.

I, MELISSA BEATON, Clerk of the Superior Court of the State of Washington, for Skagit County, do hereby certify that this is a true copy of the original now on file in my office. Dated 3/10/23

Countersigned

By _____
Resident Agent

MELISSA BEATON County Clerk
By _____

Lisa Janicki
_____ , Principal

Nationwide Mutual Insurance Company
By: Larry D. Slegh _____ , Attorney-in-Fact

Larry D. Slegh

## STATE OF Washington   ss.   OATH OF OFFICE
County of Skagit

I, Lisa Janicki, do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and Constitution of this State, and that I will discharge the duties of my office as Commissioner _____ with fidelity; that I have not paid or contributed, or promised to pay or contribute, either directly or indirectly, any money or other valuable thing to procure my nomination or election or appointment, except for necessary and proper expenses expressly authorized by law; that I have not, knowingly, violated any election law of the State, or procured it to be done by others in my behalf; that I will not knowingly receive, directly or indirectly, any money or other valuable thing for the performance or non-performance of any act or duty pertaining to my office other than the compensation allowed by law.

Subscribed and sworn to before me this 27 day of January , A.D., 2016

LINDA A. HAMMON
COMMISSION EXPIRES
NOTARY
PUBLIC
10-01-2019
STATE OF WASHINGTON

The within bond and the surety thereof are hereby approved this ____ day of _____ , ____ .

Linda Hammer

BD 83 (11-99) 00

2-8-2016

# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation
Farmland Mutual Insurance Company, an Iowa corporation
Nationwide Agribusiness Insurance Company, an Iowa corporation

AMCO Insurance Company, an Iowa corporation
Allied Property and Casualty Insurance Company, an Iowa corporation
Depositors Insurance Company, an Iowa corporation

hereinafter referred to severally as the "Company" and collectively as the "Companies," each does hereby make, constitute and appoint:

Anita R. Calderon, Dana R. Clark, Mike Kuper, Michael Paez, Keith E. Clements, Matthew Gilmer, Joshua Severson, Andrew Roby, Lesley Bailey, Jeff Thielen, Cristopher Hansen, Robert N. Johnston, Elizabeth Moore, Ashlee Schuling, Paulette M. Dyson, Ben Lewis, Susan Corey, Morgan Collins, Becky Nichols, Jeff Cose, Richelle Smith, Aaron J. Jamison, Kim Wells, Carmon R. Wilson, Sandra Alitz, Spencer Paris, Jesse Huston, Larry D. Slegh, Kyler Stahle, Richard E. Harman IV, Logan Dorpinghaus, Corey Days, Patrick Johnson, Dan McCarville, Daniel D. Livsey, Jill DeRobertis, Patrick Johnson

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

## FIVE MILLION AND NO/100 DOLLARS ($5,000,000.00)

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

"RESOLVED, that the president, or any vice president be, and each hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

Execution of Instruments. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the 13th day of February , 2014 .



**Terrance Williams, President and Chief Operating Officer** of Nationwide Agribusiness Insurance Company and Farmland Mutual Insurance Company; and **Vice President** of Nationwide Mutual Insurance Company, AMCO Insurance Company, Allied Property and Casualty Insurance Company, and Depositors Insurance Company

## ACKNOWLEDGMENT

STATE OF IOWA, COUNTY OF POLK: ss

   

On this 13th day of February , 2014 , before me came the above-named officer for the Companies aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Companies aforesaid, that the seals affixed hereto are the corporate seals of said Companies, and the said corporate seals and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Companies.

> Sandy Alitz
> Notarial Seal - Iowa
> Commission Number 152785
> My Commission Expires March, 24, 2017

*Sandy Alitz*

Notary Public
My Commission Expires
March 24, 2017

## CERTIFICATE

I, Robert W Horner III, Secretary of the Companies, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Terrance Williams was on the date of the execution of the foregoing power of attorney the duly elected officer of the Companies, and the corporate seals and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Secretary, and affixed the corporate seals of said Companies this ___5th___ day of ___January___ , 20 __16__ .

*Robert W Horner III*

Secretary

This Power of Attorney Expires ___March 24, 2017___

BDJ 1(03-14) 00

2-8-2016

**Nationwide®**
**Surety & Fidelity**

*On Your Side®*

January 5, 2016

Lisa Janicki
c/o County of Skagit
1800 Continental Pl. Ste 200
Mount Vernon WA 98273

RE: County Commissioner
    Bond Number BD 7900684925

Thank you for your payment. Enclosed is your surety renewal bond. Just follow the steps listed below to complete the bond:

**Sign and Forward Bond**
- Sign the bond in the designated place. **If a Notary Public signature is required,** please wait to sign the bond in the presence of a notary.
- Forward the bond to: Skagit County, Washington.

**Bond No Longer Needed?**
- If this bond is no longer needed, please return the original document to the address listed below for cancellation.

If you have any questions, please contact us at 866-387-0457.

Sincerely,

Allied Insurance, a member of Nationwide Insurance
Bond Department
1100 Locust Street, Dept. 2006
Des Moines, IA  50391-2006
FAX:  515-508-4102

2/8/2016



**Nationwide®**
**Surety & Fidelity**
*On Your Side®*

FILED
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA
2014 DEC 31  AM 8:13

**Public Official Bond**



Nationwide Mutual Insurance Company
Bond Department
1100 Locust Street, Department 2006
Des Moines, IA 50391-2006
1-866-387-0457

No. Bd 7900661136

15.2.8.2

**KNOW ALL MEN BY THESE PRESENTS:**

That we, Richard Weyrich, as Principal, and Nationwide Mutual Insurance Company, a corporation under the laws of the State of Ohio as Surety, are held and firmly bound unto County of Skagit, WA in the sum of Five Thousand and NO/100 ($5,000.00) Dollars, lawful money of the United States, to the payment of which, well and truly to be made, we hereby bind ourselves, and each of us, our, and each of our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this 8th day of December A.D. 2014.

THE CONDITION OF THE ABOVE OBLIGATION IS, That whereas the above bounden principal has been appointed or elected to the office of Prosecuting Attorney for the term beginning January 1, 2015 and ending January 1, 2019.

NOW, THEREFORE, If the said Principal shall well, truly and faithfully perform all official duties required by law of such official during the term aforesaid, the principal and the Surety hereby agreeing that if said bond is required by any statute, all the provisions of such statute are hereby made a part of this bond, then this obligation shall be void; otherwise to remain in full force and effect.

I, MELISSA BEATON, Clerk of the Superior Court of the State of Washington, for Skagit County, do hereby certify that this is a true copy of the original now on file in my office. Dated 3/16/23

Countersigned

MELISSA BEATON, County Clerk

By: EMILY JOHNSON
Deputy Clerk

By:
**Resident Agent**

Richard Weyrich, Principal
Nationwide Mutual Insurance Company

By:
Ashlee Schuling, Attorney-in-Fact

STATE OF __Washington__     ss. **OATH OF OFFICE**
County of __Skagit__                    A

I, _____, do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and Constitution of this State, and that I will discharge the duties of my office as __Prosec. At___ with fidelity; that I have not paid or contributed, or promised to pay or contribute, either directly or indirectly, any money or other valuable thing to procure my nomination or election or appointment, except for necessary and proper expenses expressly authorized by law; that I have not, knowingly, violated any election law of the State, or procured it to be done by others in my behalf; that I will not knowingly receive, directly or indirectly, any money or other valuable thing for the performance or non-performance of any act or duty pertaining to my office other than the compensation allowed by law.

Subscribed and sworn to before me this __29__ day of __December__, A.D., __2014__

The within bond and the surety thereon are hereby approved this __29__ day of __December__, 2014

THERON M. CURTIS
NOTARY PUBLIC
STATE OF WASHINGTON

BD 83 (11-99) 00

# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation
Farmland Mutual Insurance Company, an Iowa corporation
Nationwide Agribusiness Insurance Company, an Iowa corporation

AMCO Insurance Company, an Iowa corporation
Allied Property and Casualty Insurance Company, an Iowa corporation
Depositors Insurance Company, an Iowa corporation

hereinafter referred to severally as the "Company" and collectively as the "Companies," each does hereby make, constitute and appoint:

Anita R. Calderon, Dana R. Clark, Mike Kuper, Michael Paez, Keith E. Clements, Matthew Gilmer, Joshua Severson, Stephen Moore, Andrew Roby, Lesley Bailey, Jeff Thielen, Cristopher Hansen, Robert N. Johnston, Elizabeth Moore, Ashlee Schuling, Patricia M. Vermace, Paulette M. Dyson, Ben Lewis, Kerry Christensen, Susan Corey, Jeff Mohr, Morgan Collins, Andy Andersen, Ryan J. O'Lear, Becky Nichols, Richelle Smith, Aaron J. Jamison, Kim Wells, Jeff Cose, Carmon R. Wilson, Sandra Alitz, Spencer Paris, Jesse Huston, Kristina Meyer, Larry D. Slegh, Janelle Duffy, Kyler Stahle, Richard E. Harman IV

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

## FIVE MILLION AND NO/100 DOLLARS ($5,000,000.00)

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

"RESOLVED, that the president, or any vice president be, and each hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

Execution of Instruments. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, that the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the 13th day of February , 2014 .

   

Terrance Williams, President and Chief Operating Officer of Nationwide Agribusiness Insurance Company and Farmland Mutual Insurance Company; and Vice President of Nationwide Mutual Insurance Company, AMCO Insurance Company, Allied Property and Casualty Insurance Company, and Depositors Insurance Company

## ACKNOWLEDGMENT

STATE OF IOWA, COUNTY OF POLK: ss
On this 13th day of February , 2014 , before me came the above-named officer for the Companies aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Companies aforesaid, that the seals affixed hereto are the corporate seals of said Companies, and the said corporate seals and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Companies.

Sandy Alitz
Notarial Seal – Iowa
Commission Number 152785
My Commission Expires March, 24, 2017

Sandy Alitz
Notary Public
My Commission Expires March 24, 2017

## CERTIFICATE

I, Robert W Horner III, Secretary of the Companies, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Terrance Williams was on the date of the execution of the foregoing power of attorney the duly elected officer of the Companies, and the corporate seals and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Secretary, and affixed the corporate seals of said Companies this 8th day of December , 20 14 .

Secretary

This Power of Attorney Expires March 24, 2017

BDJ 1(03-14) 00

 **Nationwide®**
Surety & Fidelity
*On Your Side®*

19 – 2 – 00008 – 29
OA                6
Oath
4677525



**Public Official Bond**

**Nationwide Mutual Insurance Company**
**Bond Department**
1100 Locust Street, Department 2006
Des Moines, IA  50391-2006
1-866-387-0457

No. Bd 7900661136                                           **19-2-00008 29**

**KNOW ALL MEN BY THESE PRESENTS:**

That we, Richard Weyrich, as Principal, and Nationwide Mutual Insurance Company, a corporation under the laws of the State of Ohio as Surety, are held and firmly bound unto County of Skagit, WA in the sum of Five Thousand and NO/100 ($5,000.00) Dollars, lawful money of the United States, to the payment of which, well and truly to be made, we hereby bind ourselves, and each of us, our, and each of our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this 17th day of December A.D. 2018.

THE CONDITION OF THE ABOVE OBLIGATION IS, That whereas the above bounden principal has been appointed or elected to the office of Prosecuting Attorney  for the term beginning January 1, 2019 and ending January 1, 2023.

NOW, THEREFORE, If the said Principal shall well, truly and faithfully perform all official duties required by law of such official during the term aforesaid, the principal and the Surety hereby agreeing that if said bond is required by any statute, all the provisions of such statute are hereby made a part of this bond, then this obligation shall be void; otherwise to remain in full force and effect.

**Countersigned**

By_____
        **Resident Agent**

**Richard Weyrich, Principal**
**Nationwide Mutual Insurance Company**

By: *Cassie McKittrick*
**Cassie McKittrick, Attorney-in-Fact**

STATE OF *WASHINGTON*            ss. **OATH OF OFFICE**
County of *SKAGIT*                A

I, *RICHARD WEYRICH* do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and Constitution of this State, and that I will discharge the duties of my office as *PROSECUTOR* with fidelity; that I have not paid or contributed, or promised to pay or contribute, either directly or indirectly, any money or other valuable thing to procure my nomination or election or appointment, except for necessary and proper expenses expressly authorized by law; that I have not, knowingly, violated any election law of the State, or procured it to be done by others in my behalf; that I will not knowingly receive, directly or indirectly, any money or other valuable thing for the performance or non-performance of any act or duty pertaining to my office other than the compensation allowed by law.

_____

Subscribed and sworn to before me this _____ day of _____, A.D., ____.

The within bond and the surety thereon are hereby approved this _____ day of _____,

BD 83 (11-99) 00

I, MELISSA BEATON, Clerk of the Superior Court of the State of Washington, for Skagit County, do hereby certify that this is a true copy of the original now on file in my office. Dated 3/10/23

MELISSA BEATON, County Clerk
By:
Deputy Clerk

SEAL OF THE SUPERIOR COURT STATE OF WASHINGTON OF SKAGIT COUNTY

01/04/2019
01/04/2019

**Power of Attorney**

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation
National Casualty Company, an Ohio corporation

AMCO Insurance Company, an Iowa corporation
Allied Property and Casualty Insurance Company, an Iowa corporation

hereinafter referred to severally as the "Company" and collectively as "the Companies" does hereby make, constitute and appoint:
Anita R. Calderon, Dana R. Clark, Mike Kuper, Matthew Gilmer, Joshua Severson, Andrew Roby, Robert N. Johnston, Elizabeth Moore, Ashlee Schuling, Ben Lewis, Morgan Collins, Becky Nichols, Jeff Cose, Richelle Smith, Aaron J. Jamison, Kim Wells, Carmon R. Wilson, Spencer Paris, Larry D. Siegh, Richard E. Harman IV, Logan Dorpinghaus, Corey Days, Patrick Johnson, Jill DeRobertis, Regina Wicks, Dominic Amoroso, Kyle Huntrod, Jenna Weiland, Twanisha Siejkowski, Heidi Cornelison, Michael Maller, Stephen G. Sanker, Diana Kelly, Brian Pflum, Guy Tenold, Cassie McKittrick, Ashley Leavell, Michael Kix, Rob Lentz

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

## FIVE MILLION AND NO/100 DOLLARS ($5,000,000.00)

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

"RESOLVED, that the president, or any vice president be, and each hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

Execution of Instruments. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, that the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the ____1st____ day of ____May____, ____2017____.





Antonio C. Albanese, **Vice President** of Nationwide Mutual Insurance Company, National Casualty Company, AMCO Insurance Company, Allied Property and Casualty Insurance Company

### ACKNOWLEDGMENT

STATE OF NEW YORK, COUNTY OF NEW YORK: ss
On this 1st day of May , 2017 , before me came the above-named officer for the Company aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Company aforesaid, that the seal affixed hereto is the corporate seal of said Company, and the said corporate seal and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Company.

BARRY T. BASSIS
Notary Public, State of New York
No. 02BA4656400
Qualified in New York County
Commission Expires April 30, 2019

Notary Public
My Commission Expires
April 30, 2019

### CERTIFICATE

I, Laura B. Guy, Assistant Secretary of the Company, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Antonio C. Albanese was on the date of the execution of the foregoing power of attorney the duly elected officer of the Company, and the corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of said Company this 17th day of December , 2018 .

Assistant Secretary

This power of attorney expires: ____April 30, 2019____

BDJ 1(05-17)00

 

**Nationwide®**
*is on your side*

19-000006-23
OA                3
Oath
4677598

**Public Official Bond**
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA

2018 DEC 28 PM 2:19

**19-2-00008 29**
Nationwide Mutual Insurance Company
Bond Department
1100 Locust St.. Dept. 2006
Des Moines, IA 50391-2006

Bond No. __7901000793__

**KNOW ALL MEN BY THESE PRESENTS:**
That we, __Sandra Perkins__ _____, as principal, and
__Nationwide Mutual Insurance Company__ , a corporation organized under the laws of the State of Ohio as Surety, are
held and firmly bound unto __Skagit County__
in the sum of __Ten Thousand and no/100__ Dollars lawful money of the United States, to
the payment of which, well and truly to be made, we hereby bind ourselves, and each of us, our, and each of our heirs,
executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Sealed with our seals dated this __3rd__ day of __December__ , __2018__ .

THE CONDITION OF THE ABOVE OBLIGATION IS, That whereas the bounden principal has been Appointed or
Elected to the office of __Auditor__ _____ for the
term beginning __January 1, 2019__ and ending __December 31, 2022__ .

NOW, THEREFORE, If the said Principal shall well, truly and faithfully perform all official duties required by law of such
official during the term aforesaid, the principal and the Surety hereby agreeing that if said bond is required by any statute, all the
provisions of such statute are hereby made a part of this bond, then this obligation shall be void, otherwise to remain in full
force and effect.   Sandra Perkins

_____ , Principal

**Resident Agent**

(SEAL)

By: _Becky Nichols_
Becky Nichols   , Attorney-in-Fact

**OATH**

STATE OF WA
                    ss
County of _____

"I _Sandra Perkins_ , do solemnly swear that I will support the Constitution of the United States and the Constitution of the
State of WA    and I will faithfully and impartially perform the duties of the office of __Auditor__
according to law, and to the best of my ability. And I do further swear that I do not advocate, nor am I a member of any political
party or organization that advocates the overthrow of the government of the United States or of this State by force or violence;
and that during such time as I am in this position I will not advocate nor become a member of any political party or organization
that advocates the overthrow of the government of the United States or of this State by force or violence. So help me God."

SHERON M. CURTIN
COMMISSION EXPIRES
NOTARY
PUBLIC
02-15-2019
STATE OF WASHINGTON

_Sandra Perkins_
Signature

Subscribed in my presence and sworn to before me this

__21__ day of __December__ , __2018__

_____
Notary Public

The within bond and the surety thereon are hereby approved this _____ day of _____, _____.

I, MELISSA BEATON, Clerk of the Superior Court of
the State of Washington, for Skagit County, do
hereby certify that this is a true copy of the original
now on file in my office. Dated __3/10/23__

SEAL OF THE SUPERIOR COURT STATE OF WASHINGTON OF SKAGIT COUNTY

MELISSA BEATON, County Clerk
By: _____
Deputy Clerk

01/04/2019
01/02/2019

**Nationwide®**

**Power of Attorney**

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation
National Casualty Company, an Ohio corporation

AMCO Insurance Company, an Iowa corporation
Allied Property and Casualty Insurance Company, an Iowa corporation

hereinafter referred to severally as the "Company" and collectively as "the Companies" does hereby make, constitute and appoint:

## Becky Nichols

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

## Ten Thousand and no/100 dollars ($10,000.00)

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

"RESOLVED, that the president, or any vice president be, and each hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

Execution of Instruments. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the ____1st____ day of ____May____, 2017.

Antonio C. Albanese, **Vice President** of Nationwide Mutual Insurance Company, National Casualty Company, AMCO Insurance Company, Allied Property and Casualty Insurance Company

### ACKNOWLEDGMENT

 

STATE OF NEW YORK, COUNTY OF NEW YORK: ss
On this 1st day of May , 2017 , before me came the above-named officer for the Company aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Company aforesaid, that the seal affixed hereto is the corporate seal of said Company, and the said corporate seal and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Company.



BARRY T. BASSIS
Notary Public, State of New York
No. 02BA4656400
Qualified in New York County
Commission Expires April 30, 2019

Notary Public
My Commission Expires
April 30, 2019

### CERTIFICATE

I, Laura B. Guy, Assistant Secretary of the Company, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Antonio C. Albanese was on the date of the execution of the foregoing power of attorney the duly elected officer of the Company, and the corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of said Company this ___3rd___ day of ____December____, 2018.

Assistant Secretary

BDJ 1(05-17)00

Nationwide Mutual Insurance Company
Bond Department
1100 Locust Street,  Department 2006
Des Moines, IA  50391-2006
1-866-387-0457

FILED
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA
2016 FEB -5  PM 2: 24

**Public Official Bond**

No. Bd 7900669466

16-2-00008-1

**KNOW ALL MEN BY THESE PRESENTS:**

That we, Ron Wesen, as Principal, and Nationwide Mutual Insurance Company, a corporation under the laws of the State of Ohio as Surety, are held and firmly bound unto Skagit County, Washington in the sum of **Twenty Two Thousand Five Hundred and No/100($22,500.00) Dollars**, lawful money of the United States, to the payment of which, well and truly to be made, we hereby bind ourselves, and each of us, our, and each of our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this 5th day of January A.D. 2016.

**THE CONDITION OF THE ABOVE OBLIGATION IS, That whereas the above bounden principal has been appointed or elected to the office of Public Official - County Commissioner for the term beginning January 1, 2016 and ending January 1, 2017.**

NOW, THEREFORE, If the said Principal shall well, truly and faithfully perform all official duties required by law of such official during the term aforesaid, the principal and the Surety hereby agreeing that if said bond is required by any statute, all the provisions of such statute are hereby made a part of this bond, then this obligation shall be void; otherwise to remain in full force and effect.

I, MELISSA BEATON, Clerk of the Superior Court of the State of Washington, for Skagit County, do hereby certify that this is a true copy of the original my office. Dated 3/16/23

Countersigned

MELISSA BEATON, County Clerk

By _____          By: _____
Resident Agent    EMILY JOHNSON

Ron Wesen, Principal
Nationwide Mutual Insurance Company

By: _____
Larry D. Slegh, Attorney-in-Fact

SEAL

**STATE OF** Washington    ss.  **OATH OF OFFICE**
**County of** Skagit

I, Ron Wesen , do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and Constitution of this State, and that I will discharge the duties of my office as Commission with fidelity; that I have not paid or contributed, or promised to pay or contribute, either directly or indirectly, any money or other valuable thing to procure my nomination or election or appointment, except for necessary and proper expenses expressly authorized by law; that I have not, knowingly, violated any election law of the State, or procured it to be done by others in my behalf; that I will not knowingly receive, directly or indirectly, any money or other valuable thing for the performance or non-performance of any act or duty pertaining to my office other than the compensation allowed by law.

_____

Subscribed and sworn to before me this 27 day of January , A.D. 2016.

_____

LINDA A. HAMMONS
COMMISSION EXPIRES
NOTARY
PUBLIC
10-01-2019
STATE OF WASHINGTON

The within bond and the surety thereon are hereby approved this _____ day of _____, ____.

_____

BD 83 (11-99) 00

_____

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**DES MOINES, IOWA 50391-2006**

**OFFICIAL BOND**

**OF**

_____

_____

_____

_____

_____

## Power of Attorney

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation
Farmland Mutual Insurance Company, an Iowa corporation
Nationwide Agribusiness Insurance Company, an Iowa corporation

AMCO Insurance Company, an Iowa corporation
Allied Property and Casualty Insurance Company, an Iowa corporation
Depositors Insurance Company, an Iowa corporation

hereinafter referred to severally as the "Company" and collectively as the "Companies," each does hereby make, constitute and appoint:

Anita R. Calderon, Dana R. Clark, Mike Kuper, Michael Paez, Keith E. Clements, Matthew Gilmer, Joshua Severson, Andrew Roby, Lesley Bailey, Jeff Thielen, Cristopher Hansen, Robert N. Johnston, Elizabeth Moore, Ashlee Schuling, Paulette M. Dyson, Ben Lewis, Susan Corey, Morgan Collins, Becky Nichols, Jeff Cose, Richelle Smith, Aaron J. Jamison, Kim Wells, Carmon R. Wilson, Sandra Alitz, Spencer Paris, Jesse Huston, Larry D. Slegh, Kyler Stahle, Richard E. Harman IV, Logan Dorpinghaus, Corey Days, Patrick Johnson, Dan McCarville, Daniel D. Livsey, Jill DeRobertis, Patrick Johnson

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

### FIVE MILLION AND NO/100 DOLLARS ($5,000,000.00)

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company.

"RESOLVED, that the president, or any vice president be, and each hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

Execution of Instruments. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the 13th day of February , 2014 .



Terrance Williams, President and Chief Operating Officer of Nationwide Agribusiness Insurance Company and Farmland Mutual Insurance Company; and Vice President of Nationwide Mutual Insurance Company, AMCO Insurance Company, Allied Property and Casualty Insurance Company, and Depositors Insurance Company

### ACKNOWLEDGMENT

STATE OF IOWA, COUNTY OF POLK: ss
On this 13th day of February , 2014 , before me came the above-named officer for the Companies aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Companies aforesaid, that the seals affixed hereto are the corporate seals of said Companies, and the said corporate seals and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Companies.

Sandy Alitz
Notarial Seal – Iowa
Commission Number 152785
My Commission Expires March, 24, 2017

Notary Public
My Commission Expires
March 24, 2017

### CERTIFICATE

I, Robert W Horner III, Secretary of the Companies, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Terrance Williams was on the date of the execution of the foregoing power of attorney the duly elected officer of the Companies, and the corporate seals and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Secretary and affixed the corporate seals of said Companies this 5th day of January , 20 16 .

Secretary

This Power of Attorney Expires  March 24, 2017

BDJ 1(03-14) 00

**Nationwide®**
**Surety & Fidelity**

*On Your Side®*

January 5, 2016

Ron Wesen
c/o Billie Kadrmas
1800 Continental Pl. Ste 200
Mount Vernon WA 98273

RE: Public Official - County Commissioner
    Bond Number BD 7900669466

Thank you for your payment. Enclosed is your surety renewal bond. Just follow the steps listed below to complete the bond:

**Sign and Forward Bond**
- Sign the bond in the designated place. **If a Notary Public signature is required,** please wait to sign the bond in the presence of a notary.
- Forward the bond to: Skagit County, Washington.

**Bond No Longer Needed?**
- If this bond is no longer needed, please return the original document to the address listed below for cancellation.

If you have any questions, please contact us at 866-387-0457.

Sincerely,

Allied Insurance, a member of Nationwide Insurance
Bond Department
1100 Locust Street, Dept. 2006
Des Moines, IA  50391-2006
FAX:  515-508-4102

2/8/2016

SKAGIT COUNTY, WASH

**FILED**

JAN - 3 2017

MAVIS E. BETZ, CO. CLERK
Deputy

**Public Official Bond**

Nationwide Mutual Insurance Company
Bond Department
1100 Locust Street, Department 2006
Des Moines, IA 50391-2006
I-866-387-0457

No. Bd 7900669466

17  2  0 0 0 8  9

**KNOW ALL MEN BY THESE PRESENTS:**

That we, Ron Wesen, as Principal, and Nationwide Mutual Insurance Company, a corporation under the laws of the State of Ohio as Surety, are held and firmly bound unto Skagit County, Washington in the sum of Twenty Two Thousand Five Hundred and No/100($22,500.00) Dollars, lawful money of the United States, to the payment of which, well and truly to be made, we hereby bind ourselves, and each of us, our, and each of our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this 12th day of December A.D. 2016.

**THE CONDITION OF THE ABOVE OBLIGATION IS,** That whereas the above bounden principal has been appointed or elected to the office of Public Official - County Commissioner for the term beginning January 1, 2017 and ending January 1, 2018.

**NOW, THEREFORE,** If the said Principal shall well, truly and faithfully perform all official duties required by law of such official during the term aforesaid, the principal and the Surety hereby agreeing that if said bond is required by any statute, all the provisions of such statute are hereby made a part of this bond, then this obligation shall be void; otherwise to remain in full force and effect.

I, MELISSA BEATON, Clerk of the Superior Court of the State of Washington, for Skagit County, do hereby certify that this is a true copy of the original now on file in my office. Dated 3/16/23

**Countersigned**

MELISSA BEATON, County Clerk

By: _____
**Resident Agent**

By: Deputy Clerk EMILY JOHNSON

*Ron Wesen*
**Ron Wesen, Principal**
**Nationwide Mutual Insurance Company**

By: *Elizabeth Moore*
**Elizabeth Moore, Attorney-in-Fact**

STATE OF Washington      ss. **OATH OF OFFICE**
County of Skagit          A

I, Ron Wesen , do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and Constitution of this State, and that I will discharge the duties of my office as County Commissioner with fidelity; that I have not paid or contributed, or promised to pay or contribute, either directly or indirectly, any money or other valuable thing to procure my nomination or election or appointment, except for necessary and proper expenses expressly authorized by law; that I have not, knowingly, violated any election law of the State, or procured it to be done by others in my behalf; that I will not knowingly receive, directly or indirectly, any money or other valuable thing for the performance or non-performance of any act or duty pertaining to my office other than the compensation allowed by law.

*Ron Wesen*

Subscribed and sworn to before me this 27 day of December , A.D., 2016

*Linda Hammons*

The within bond and the sureties thereon are hereby approved this 27 day of December, 2016

*Linda Hammons*

*Linda Hammons*

BD 83 (11-99) 00

(Notary seal: LINDA A. HAMMONS / COMMISSION EXPIRES / NOTARY / PUBLIC / 10-01-2019 / STATE OF WASHINGTON)

(Left margin, handwritten: To: David E Cunningham, 1 of email  Date: 1-3-2017)

NATIONWIDE MUTUAL INSURANCE COMPANY
DES MOINES, IOWA 50391-2006

OFFICIAL BOND

OF

_____

_____

_____

_____

_____

# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation
Farmland Mutual Insurance Company, an Iowa corporation
Nationwide Agribusiness Insurance Company, an Iowa corporation

AMCO Insurance Company, an Iowa corporation
Allied Property and Casualty Insurance Company, an Iowa corporation
Depositors Insurance Company, an Iowa corporation

hereinafter referred to severally as the "Company" and collectively as the "Companies," each does hereby make, constitute and appoint:

Anita R. Calderon, Dana R. Clark, Mike Kuper, Michael Paez, Keith E. Clements, Matthew Gilmer, Joshua Severson, Andrew Roby, Lesley Hayworth, Jeff Thielen, Cristopher Hansen, Robert N. Johnston, Elizabeth Moore, Ashlee Schuling, Paulette M. Dyson, Ben Lewis, Morgan Collins, Becky Nichols, Jeff Cose, Richelle Smith, Aaron J. Jamison, Kim Wells, Carmon R. Wilson, Sandra Alitz, Spencer Paris, Jesse Huston, Larry D. Slegh, Richard E. Harman IV, Logan Dorpinghaus, Corey Days, Patrick Johnson, Dan McCarville, Jill DeRobertis, Regina Wicks, Dominic Amoroso, Kyle Huntrod, Amy Palmer, Jenna Weiland, Twanisha Slejkowski, Heidi Cornelison, Michael Maller, Steve Sanker, Diana Kelly, Brian Pflum, Stevie Voigt, Cale Rizer, Guy Tenold

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

## FIVE MILLION AND NO/100 DOLLARS ($5,000,000.00)

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

"RESOLVED, that the president, or any vice president be, and hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

<u>Execution of Instruments</u>. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the 13th day of February , 2014 .




Terrance Williams, President and Chief Operating Officer of Nationwide Agribusiness Insurance Company and Farmland Mutual Insurance Company; and Vice President of Nationwide Mutual Insurance Company, AMCO Insurance Company, Allied Property and Casualty Insurance Company, and Depositors Insurance Company

### ACKNOWLEDGMENT

STATE OF IOWA, COUNTY OF POLK: ss
On this 13th day of February , 2014 , before me came the above-named officer for the Companies aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Companies aforesaid, that the seals affixed hereto are the corporate seals of said Companies, and the said corporate seals and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Companies.



Sandy Alitz
Notarial Seal – Iowa
Commission Number 152785
My Commission Expires March, 24, 2017

Notary Public
My Commission Expires
March 24, 2017

### CERTIFICATE

I, Robert W Horner III, Secretary of the Companies, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Terrance Williams was on the date of the execution of the foregoing power of attorney the duly elected officer of the Companies, and the corporate seals and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Secretary, and affixed the corporate seals of said Companies this 12th day of December , 20 16 .

Secretary

This Power of Attorney Expires March 24, 2017

BDJ 1(03-14) 00

19-2-00008 29
OA
Oath
4677614

Nationwide Mutual Insurance Company
Bond Department
1100 Locust Street, Department 2006
Des Moines, IA 50391-2006
1-866-387-0457

FILED
SKAGIT
SKAGIT COUNTY, WA

2018 DEC 28 PM 2:19

**Public Official Bond**

No. Bd 7900669466

**19-2-00008 29**

**KNOW ALL MEN BY THESE PRESENTS:**

That we, Ron Wesen, as Principal, and Nationwide Mutual Insurance Company, a corporation under the laws of the State of Ohio as Surety, are held and firmly bound unto Skagit County, Washington in the sum of Twenty Two Thousand Five Hundred and No/100($22,500.00) Dollars, lawful money of the United States, to the payment of which, well and truly to be made, we hereby bind ourselves, and each of us, our, and each of our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this 18th day of December A.D. 2018.

THE CONDITION OF THE ABOVE OBLIGATION IS, That whereas the above bounden principal has been appointed or elected to the office of Public Official - County Commissioner for the term beginning January 1, 2019 and ending January 1, 2020.

NOW, THEREFORE, If the said Principal shall well, truly and faithfully perform all official duties required by law of such official during the term aforesaid, the principal and the Surety hereby agreeing that if said bond is required by any statute, all the provisions of such statute are hereby made a part of this bond, then this obligation shall be void; otherwise to remain in full force and effect.

I, MELISSA BEATON, Clerk of the Superior Court of the State of Washington, for Skagit County, do hereby certify that this is a true copy of the original ... of office. Dated 2/16/23

MELISSA BEATON, County Clerk
By: _____
Deputy Clerk
EMILY JOHNSON

Countersigned

*Ron Wesen*
**Ron Wesen, Principal**
**Nationwide Mutual Insurance Company**

By _____
**Resident Agent**

By: *Cassie McKittrick*
**Cassie McKittrick, Attorney-in-Fact**

STATE OF Washington   ss. OATH OF OFFICE
County of Skagit

I, Ron Wesen   , do solemnly swear (or affirm) that I will support, obey and defend the Constitution of the United States and Constitution of this State, and that I will discharge the duties of my office as Commissioner with fidelity; that I have not paid or contributed, or promised to pay or contribute, either directly or indirectly, any money or other valuable thing to procure my nomination or election or appointment, except for necessary and proper expenses expressly authorized by law; that I have not, knowingly, violated any election law of the State, or procured it to be done by others in my behalf; that I will not knowingly receive, directly or indirectly, any money or other valuable thing for the performance or non-performance of any act or duty pertaining to my office other than the compensation allowed by law.

*Ron Wesen*

Subscribed and sworn to before me this 28 day of December , A.D., 2018

*Amber Erps*

AMBER ERPS
COMMISSION EXPIRES
NOTARY
PUBLIC
01-23-2021
STATE OF WASHINGTON

The within bond and the surety thereon are hereby approved this _____ day of _____, _____

BD 83 (11-99) 00

NATIONWIDE MUTUAL INSURANCE COMPANY
DES MOINES, IOWA 50391-2006

OFFICIAL BOND

OF

**Power of Attorney**

KNOW ALL MEN BY THESE PRESENTS THAT:

Nationwide Mutual Insurance Company, an Ohio corporation
National Casualty Company, an Ohio corporation

AMCO Insurance Company, an Iowa corporation
Allied Property and Casualty Insurance Company, an Iowa corporation

hereinafter referred to severally as the "Company" and collectively as the "Companies" does hereby make, constitute and appoint:

Anita R. Calderon, Dana R. Clark, Mike Kuper, Matthew Gilmer, Joshua Severson, Andrew Roby, Robert N. Johnston, Elizabeth Moore, Ashlee Schuling, Ben Lewis, Morgan Collins, Becky Nichols, Jeff Cose, Richelle Smith, Aaron J. Jamieson, Kim Wells, Carmon R. Wilson, Spencer Paris, Larry D. Slegh, Richard E. Harman IV, Logan Dorpinghaus, Corey Days, Patrick Johnson, Jill DeRobertis, Regina Wicks, Dominic Amoroso, Kyle Huntrod, Jenna Weiland, Twanisha Slejkowski, Heidi Cornelison, Michael Maller, Stephen G Sanker, Diana Kelly, Brian Pflum, Guy Tenold, Cassie McKittrick, Ashley Leavell, Michael Kix, Rob Lentz

each in their individual capacity, its true and lawful attorney-in-fact, with full power and authority to sign, seal, and execute on its behalf any and all bonds and undertakings, and other obligatory instruments of similar nature, in penalties not exceeding the sum of

## FIVE MILLION AND NO/100 DOLLARS ($5,000,000.00)

and to bind the Company thereby, as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Company; and all acts of said Attorney pursuant to the authority given are hereby ratified and confirmed.

This power of attorney is made and executed pursuant to and by authority of the following resolution duly adopted by the board of directors of the Company:

"RESOLVED, that the president, or any vice president be, and each hereby is, authorized and empowered to appoint attorneys-in-fact of the Company, and to authorize them to execute and deliver on behalf of the Company any and all bonds, forms, applications, memorandums, undertakings, recognizances, transfers, contracts of indemnity, policies, contracts guaranteeing the fidelity of persons holding positions of public or private trust, and other writings obligatory in nature that the business of the Company may require; and to modify or revoke, with or without cause, any such appointment or authority; provided, however, that the authority granted hereby shall in no way limit the authority of other duly authorized agents to sign and countersign any of said documents on behalf of the Company."

"RESOLVED FURTHER, that such attorneys-in-fact shall have full power and authority to execute and deliver any and all such documents and to bind the Company subject to the terms and limitations of the power of attorney issued to them, and to affix the seal of the Company thereto; provided, however, that said seal shall not be necessary for the validity of any such documents."

This power of attorney is signed and sealed under and by the following bylaws duly adopted by the board of directors of the Company.

<u>Execution of Instruments</u>. Any vice president, any assistant secretary or any assistant treasurer shall have the power and authority to sign or attest all approved documents, instruments, contracts, or other papers in connection with the operation of the business of the company in addition to the chairman of the board, the chief executive officer, president, treasurer or secretary; provided, however, that the signature of any of them may be printed, engraved, or stamped on any approved document, contract, instrument, or other papers of the Company.

IN WITNESS WHEREOF, the Company has caused this instrument to be sealed and duly attested by the signature of its officer the ____1st____ day of ____May____ ____2017____.



Antonio C. Albanese, **Vice President** of Nationwide Mutual Insurance Company, National Casualty Company, AMCO Insurance Company, Allied Property and Casualty Insurance Company

### ACKNOWLEDGMENT




STATE OF NEW YORK, COUNTY OF NEW YORK: ss
On this  1st  day of   May  ,  2017  , before me came the above-named officer for the Company aforesaid, to me personally known to be the officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposes and says, that he is the officer of the Company aforesaid, that the seal affixed hereto is the corporate seal of said Company, and the said corporate seal and his signature were duly affixed and subscribed to said instrument by the authority and direction of said Company.

BARRY T. BASSIS
Notary Public, State of New York
No. 02BA4656400
Qualified in New York County
Commission Expires April 30, 2019

Barry L. Bassis
Notary Public
My Commission Expires
April 30, 2019

### CERTIFICATE

I, Laura B. Guy, Assistant Secretary of the Company, do hereby certify that the foregoing is a full, true and correct copy of the original power of attorney issued by the Company; that the resolution included therein is a true and correct transcript from the minutes of the meetings of the boards of directors and the same has not been revoked or amended in any manner; that said Antonio C. Albanese was on the date of the execution of the foregoing power of attorney the duly elected officer of the Company, and the corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority of said board of directors; and the foregoing power of attorney is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of said Company this ___18th___ day of ____December____ ____2018____.

This power of attorney expires: ___April 30, 2019___

Laura Guy
Assistant Secretary

BDJ 1(05-17)00

01/04/2019

# EXHIBIT 4

## Plaintiff Affidavits

*Pro Per*

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHHINGTON**

8
9
10

Cody Hart, Derrill Fussell, Kevin Ewing,
Timothy Garrison, Steven Rindal, and Kathy
LaFreniere

11                     Plaintiffs,

12          v.

13
14
15
16
17

SKAGIT COUNTY AUDITOR SANDRA
PERKINS, SKAGIT COUNTY
CANVASSING BOARD MEMBERS,
RONALD WESEN, LISA JANICKI, ERIK
PEDERSEN,  MELINDA MILLER,
RICHARD WEYRICH, COUNTY OF
SKAGIT, and RLI INSURANCE
COMPANY

18                     Defendants
19

**AFFIDAVIT / DECLARATION**
**OF CODY HART**
**REGARDING SECRETARY OF STATE**
**2019 REPORT**

**SKAGIT COUNTY ELECTION**
**PROCEDURES REVIEW**

20
21

          I, Cody Hart, hereinafter, affiant, declare I am over the age of 18 and competent to provide

this declaration.

22
23
24
25

          1.       It believe there has been a violation of oath of office, neglect of duty, fraud,

falsification of documents, conspiracy, perjury, and election crimes by Skagit County Canvassing

Board members Ronald Wesen, Lisa Janicki, Melinda Miller, Erik Petersen, Skagit County

Auditor Sandra Perkins and Skagit County Prosecuting Attorney Richard Weyrich.

AFFIDAVIT / DECLARATION - 1 of 4

*Pro Per*

2.    On or about August 1, 2019, the Skagit County Auditor Sandra Perkins, confirmed in a signed acknowledgment to the Secretary of State in a report titled, "Skagit County Election Procedures Review 2019 Special Election" (See attached Exhibit), that the Skagit County Election office, Skagit County Auditor, and Skagit County Canvassing Boards, had failed to properly administer the election system, had not develop canvassing board rules, and had violated state and federal laws.

18.    Official duties and violations I have found identified in the August 2019 Secretary of State (SOS) report that where signature confirmed to be violated by the past Canvassing Boards and Skagit County Auditor Sandra Perkins included; Communication with Military and Overseas Voter Violations, Provisional Ballot Violations, Canvassing Board Oath Violations, Public Meeting Notification Violations, Public Meeting Minute and Record Violations, Canvassing Board Manual Violations, and Ballot Box Violations.

19.    Although the findings by the Secretary of State against the Skagit County Elections Department where issued in 2019, I understand that the election laws that had not been violated had been formally adopted and in effect for all cases over ten years and many as far back as 2002.

20.    Although the findings by the Secretary of State against the Skagit County Elections Department was issued in 2019, they were concealed from the public for years and it is my understanding that the findings confirmed that past canvassing boards for past elections, such as 2016, 2017, and 2018, had violated the same laws and neglected to properly perform their duties.

21.    Contained in the "Skagit County Election Procedures Review 2019 Special Election" document from the Washington Secretary of State I have identified what I consider a signed admission by Skagit County Auditor Sandra Perkins of the violations on behalf of the Skagit County Election Department and Canvassing Board members confirming the violations.

22.    As a result of the failure of the Defendants, Skagit County Auditor and Canvassing Board Members, to properly perform their duties, additional public resources, including my own

AFFIDAVIT / DECLARATION - 2 of 4

Pro Per

1    time, efforts, and funds, have been and continue to be used to remedy the misconduct that has

2    occurred.

3        23.    The neglect of duty, violation of oath of office, and other misconduct committed

4    by the Defendants, Sandra Perkins, Ron Wesen, Lisa Janicki, Melinda Miller, Erik Petersen, and

5    Richard Weyrich have damaged me and other residents, I and believe have violated my civil rights.

6        7.    The following are some of the well-established laws and rights that I believe have

7    been violated against me by the Defendants, Sandra Perkins, Ron Wesen, Lisa Janicki, Melinda

8    Miller, Erik Petersen, and Richard Weyrich

>        TITLE 18 U.S.C. SECTION 1001 - STATEMENTS OR ENTRIES GENERALLY,
>        TITLE 18 U.S.C. SECTION 1512B - ENGAGES IN MISLEADING CONDUCT.
>        TITLE 18 U.S.C. SECTION 96 - RACKETEERING (RICO) CRIMINAL CONSPIRACY
>        52 U.S.C. 20302 State Responsibilities
>        52 U.S.C. 20701 Retention and Preservation of records
>        52 U.S.C. 21081 Voting systems standards
>        52 U.S.C. 21082 Provisional voting and voting information requirements
>        18 U.S.C. 1001 Statements or entries generally
>        RCW 36.16.040 Oath of Office
>        RCW 36.16.070 Deputies and Employees
>        RCW 40.16.010 Injury to public record.
>        RCW 40.16.030 Offering false instrument for filing or record.
>        RCW 42.12.010 Causes of vacancy
>        RCW 42.20.100 Failure of duty by public officer a misdemeanor.
>        RCW 36.16.050 Official bonds.

18   and that has punished, damaged, and harmed me.

19       8.    Because of the significance of the damage the Defendants have done and continue

20   to cause me by their actions, and refusal to leave office, I believe I am being gracious to accept a

21   minimum reimbursement for the damages as described below.

>        $250,000 for damages to me for violating their Oath as an Election official

>        $10,000 for damages to me for Fraud Damages for each election they lied about

>        $10,000 for damages to me for Falsification of each election Documents

>        $10,000 for damages to me Conspiracy for each election, they conspired in

>        $2,000 for damages to me for each document that was perjured

AFFIDAVIT / DECLARATION - 3 of 4

*Pro Per*

Furthermore, I consider $25,000.00 a day assessment for each day, for each Defendant, beginning the date of receipt of service of this lawsuit until they have resigned or been removed from office a reasonable reimbursement amount for continued damages they cause me.

I declare under penalty of perjury under the law of Washington that the foregoing is true and correct, RCW 5.50.050

Signed on  16  March, 2023                 at Mount Vernon, Washington

Cody Hart, affiant
Printed Name                                          Signature

AFFIDAVIT / DECLARATION - 4 of 4

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHHINGTON

Cody Hart, Derrill Fussell, Kevin Ewing,
Timothy Garrison, Steven Rindal, and Kathy
LaFreniere

     Plaintiffs,

  v.

SKAGIT COUNTY AUDITOR SANDRA
PERKINS, SKAGIT COUNTY
CANVASSING BOARD MEMBERS,
RONALD WESEN, LISA JANICKI, ERIK
PEDERSEN,  MELINDA MILLER,
RICHARD WEYRICH, COUNTY OF
SKAGIT, and RLI INSURANCE
COMPANY

     Defendants

**AFFIDAVIT / DECLARATION
OF DERRILL FUSSELL
REGARDING SECRETARY OF STATE
2019 REPORT**

**SKAGIT COUNTY ELECTION
PROCEDURES REVIEW**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

  I, Derrill Fussell, hereinafter, affiant, declare I am over the age of 18 and competent to provide this declaration.

  1.  It believe there has been a violation of oath of office, neglect of duty, fraud, falsification of documents, conspiracy, perjury, and election crimes by Skagit County Canvassing Board members Ronald Wesen, Lisa Janicki, Melinda Miller, Erik Petersen, Skagit County Auditor Sandra Perkins and Skagit County Prosecuting Attorney Richard Weyrich.

2.    On or about August 1, 2019, the Skagit County Auditor Sandra Perkins, confirmed in a signed acknowledgment to the Secretary of State in a report titled, "Skagit County Election Procedures Review 2019 Special Election" (See attached Exhibit), that the Skagit County Election office, Skagit County Auditor, and Skagit County Canvassing Boards, had failed to properly administer the election system, had not develop canvassing board rules, and had violated state and federal laws.

18.    Official duties and violations I have found identified in the August 2019 Secretary of State (SOS) report that where signature confirmed to be violated by the past Canvassing Boards and Skagit County Auditor Sandra Perkins included; Communication with Military and Overseas Voter Violations, Provisional Ballot Violations, Canvassing Board Oath Violations, Public Meeting Notification Violations, Public Meeting Minute and Record Violations, Canvassing Board Manual Violations, and Ballot Box Violations.

19.    Although the findings by the Secretary of State against the Skagit County Elections Department where issued in 2019, I understand that the election laws that had not been violated had been formally adopted and in effect for all cases over ten years and many as far back as 2002.

20.    Although the findings by the Secretary of State against the Skagit County Elections Department was issued in 2019, they were concealed from the public for years and it is my understanding that the findings confirmed that past canvassing boards for past elections, such as 2016, 2017, and 2018, had violated the same laws and neglected to properly perform their duties.

21.    Contained in the "Skagit County Election Procedures Review 2019 Special Election" document from the Washington Secretary of State I have identified what I consider a signed admission by Skagit County Auditor Sandra Perkins of the violations on behalf of the Skagit County Election Department and Canvassing Board members confirming the violations.

22.    As a result of the failure of the Defendants, Skagit County Auditor and Canvassing Board Members, to properly perform their duties, additional public resources, including my own

AFFIDAVIT / DECLARATION - 2 of 4

1    time, efforts, and funds, have been and continue to be used to remedy the misconduct that has

2    occurred.

3        23.    The neglect of duty, violation of oath of office, and other misconduct committed

4    by the Defendants, Sandra Perkins, Ron Wesen, Lisa Janicki, Melinda Miller, Erik Petersen, and

5    Richard Weyrich have damaged me and other residents, I and believe have violated my civil rights.

6        7.    The following are some of the well-established laws and rights that I believe have

7    been violated against me by the Defendants, Sandra Perkins, Ron Wesen, Lisa Janicki, Melinda

8    Miller, Erik Petersen, and Richard Weyrich

9                   TITLE 18 U.S.C. SECTION 1001 - STATEMENTS OR ENTRIES GENERALLY,
10              TITLE 18 U.S.C. SECTION 1512B - ENGAGES IN MISLEADING CONDUCT.
                  TITLE 18 U.S.C. SECTION 96 - RACKETEERING (RICO) CRIMINAL CONSPIRACY
11              52 U.S.C. 20302 State Responsibilities
                  52 U.S.C. 20701 Retention and Preservation of records
12              52 U.S.C. 21081 Voting systems standards
                  52 U.S.C. 21082 Provisional voting and voting information requirements
13              18 U.S.C. 1001 Statements or entries generally
                  RCW 36.16.040 Oath of Office
14              RCW 36.16.070 Deputies and Employees
                  RCW 40.16.010 Injury to public record.
15              RCW 40.16.030 Offering false instrument for filing or record.
                  RCW 42.12.010 Causes of vacancy
16              RCW 42.20.100 Failure of duty by public officer a misdemeanor.
                  RCW 36.16.050 Official bonds.
17

18    and that has punished, damaged, and harmed me.

19        8.    Because of the significance of the damage the Defendants have done and continue

20    to cause me by their actions, and refusal to leave office, I believe I am being gracious to accept a

21    minimum reimbursement for the damages as described below.

22

23        $250,000 for damages to me for violating their Oath as an Election official

    $10,000 for damages to me for Fraud Damages for each election they lied about

24        $10,000 for damages to me for Falsification of each election Documents

25        $10,000 for damages to me Conspiracy for each election, they conspired in

    $2,000 for damages to me for each document that was perjured

*Pro Per*

1   Furthermore, I consider $25,000.00 a day assessment for each day, for each Defendant, beginning

2   the date of receipt of service of this lawsuit until they have resigned or been removed from office

3   a reasonable reimbursement amount for continued damages they cause me.

4

5            I declare under penalty of perjury under the law of Washington that the foregoing is true

6   and correct, RCW 5.50.050

7

8            Signed on _16_ March, 2023          at Mount Vernon, Washington

9

10           Derrill Fussell, affiant
             Printed Name                      Signature

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AFFIDAVIT / DECLARATION - 4 of 4