UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                        )
CODY HART, *et al.*,                              )
                                                        )   Case No. C23-0404RSL
                         Plaintiffs,            )
          v.                                        )
                                                        )   ORDER TO SHOW CAUSE
SKAGIT COUNTY AUDITOR SANDRA )
PERKINS, *et al.*,                              )
                                                        )
                         Defendants.          )
_____)

On March 27, 2023, the Court issued an order requiring the parties to file a Joint Status Report by April 24, 2023. No such report has been filed, and the parties have not sought or obtained an extension of time in which to make the required submission. Instead, documents in the record suggest that the parties are having trouble communicating, with plaintiffs unilaterally scheduling the FRCP 26(f) conference (Dkt. # 12) and making procedurally unnecessary and improper demands for verification signatures (Dkt. # 15 at ¶ 5), personal appearance of represented parties (Dkt. # 15 at ¶ 8), written representation agreements (Dkt. # 15 at ¶ 11), oral confirmation of written statements (Dkt. # 15 at ¶ 9), *etc*. It is not entirely clear why the Joint Status Report has not been submitted, but ignoring a Court order is not acceptable.

The parties shall, no later than Friday, May 5, 2023, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of March 27, 2023. The Clerk is directed to place this Order to Show Cause on the Court's calendar for May 5, 2023.

ORDER TO SHOW CAUSE

1  Dated this 25th day of April, 2023.

　

　　　　　　　　　　　　　　　　　　　*MWS Lasnik*
　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO SHOW CAUSE                              -2-