UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SKAGIT COUNTY AUDITOR SANDRA PERKINS, *et al.*, <br><br> Defendants. | CASE NO. 2:23-cv-00404-RSL <br><br> ORDER DENYING MOTION TO STRIKE AND MOTION FOR DISCIPLINARY ACTION |

Having reviewed the motions and oppositions thereto, and no replies having been filed, plaintiffs' motion to strike (Dkt. # 23) and motion for disciplinary action (Dkt. # 24) are DENIED.

Dated this 16th day of May, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge