UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SKAGIT COUNTY AUDITOR SANDRA PERKINS, *et al.*, <br><br> Defendants. | CASE NO. 2:23-cv-00404-RSL <br><br> ORDER DENYING MOTION FOR LEAVE TO PURSUE BONDS |

Having reviewed the motion and opposition thereto, the Code of 1881 and the 1890 Act regarding official bonds, and the allegations of the now-dismissed complaint, the Court finds that plaintiffs have not shown an entitlement to the benefit of the security of defendants' official bonds. Plaintiffs' "Motion for Leave of Court to Pursue Official Bonds of Defendants" (Dkt. # 36) is therefore DENIED.

Dated this 30th day of May, 2023.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR LEAVE TO PURSUE
BONDS - 1