1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CODY HART, *et al.*,

                  Plaintiffs,

      v.

SKAGIT COUNTY AUDITOR SANDRA
PERKINS, *et al.*,

                Defendants.

CASE NO. 2:23-cv-00404-RSL

ORDER DENYING PLAINTIFFS'
MOTION FOR AN EXTENSION OF
TIME AND DISMISSING CLAIMS
AGAINST THE SKAGIT COUNTY
DEFENDANTS

       This matter comes before the Court on "Plaintiffs' Motion for Extension of Time."
Dkt. # 49. On May 16, 2023, the Court granted the Skagit County defendants' motion to
dismiss, finding that plaintiffs lacked standing to pursue the claims asserted, that their
federal causes of action fail because the cited statutes do not give rise to a private cause of
action, and that plaintiff's claims were untimely, having been filed more than three and a
half years after the conduct at issue occurred. Plaintiffs were given until June 13, 2023, to
file an amended complaint. They did not do so. On June 16, 2023, three days after the
amendment deadline had passed, plaintiffs put their motion to extend in the mail. No
explanation for the delay and no justification for an extension is provided.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Plaintiffs' motion is untimely and unsupported. Having failed to show either good cause for an extension or excusable neglect for their failure to comply with the deadline established by the Court, the motion for an extension of time in which to file an amended complaint is DENIED. The claims against the Skagit County defendants are DISMISSED.

Dated this 6th day of July, 2023.

_MVC S Lasnik_

Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFFS' MOTION FOR AN
EXTENSION OF TIME AND DISMISSING CLAIMS
AGAINST THE SKAGIT COUNTY DEFENDANTS - 2