UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART, *et al*., | CASE NO. 2:23-cv-00404-RSL |
| Plaintiffs, | |
| v. | ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS AND DIRECTING ENTRY OF JUDGMENT |
| SKAGIT COUNTY AUDITOR SANDRA PERKINS, *et al*., | |
| Defendants. | |

This matter comes before the Court on "Defendants' Joint Motion for Judgment on the Pleadings and for Judgment." Dkt. # 52. Plaintiffs filed this lawsuit on March 17, 2023, regarding actions certain Skagit County officials took or failed to take with regards to the 2016-2019 election cycles. The Skagit County defendants filed successful motion to dismiss, and plaintiffs failed to timely amend. Defendants have now filed a joint motion for dismissal of the claims asserted against RLI Insurance Company, which bonded some of the Skagit County defendants. Plaintiffs have not opposed the joint motion.

There being no liability under Washington law for a bond issuer where the bonded public officials are not liable, the claims against defendant RLI Insurance Company are

hereby DISMISSED. The Clerk of Court is directed to enter judgment in favor of

defendants and against plaintiffs.


Dated this 14th day of September, 2023.


Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' JOINT MOTION TO
DISMISS AND DIRECTING ENTRY OF JUDGMENT - 2