UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>SKAGIT COUNTY AUDITOR SANDRA PERKINS, *et al.*,<br><br>            Defendants. | CASE NO. 2:23-cv-00404-RSL<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION |

This matter comes before the Court on "Plaintiffs['] Motion for Reconsideration of Order Granting Defendants['] Motion to Dismiss." Dkt. # 55. On May 16, 2023, the Court granted the Skagit County defendants' motion to dismiss, finding that plaintiffs lacked standing, that the federal statutes they cited do not give rise to a private cause of action, and that the state law claims were time-barred. Dkt. # 44. Plaintiffs were given leave to amend their complaint, but did not do so. Also on May 16, 2023, the Court denied plaintiffs' motions to strike the submissions of Erik Pedersen, a defendant and counsel for the other Skagit County defendants, and denied their motion for disciplinary action against defendants Richard Weyrich and Erik Pedersen. Dkt. # 45. Almost three months later, defendants jointly moved to dismiss the claims against RLI Insurance Company, arguing

that plaintiffs could not recover against RLI on the County defendants' bonds where there was no viable claim against the County defendants. Plaintiffs did not oppose the motion, and it was granted on the merits on September 14, 2023. Dkt. # 53.

Motions for reconsideration are disfavored in this district and generally require "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). In addition, motions for reconsideration must be "filed within fourteen days after the order to which it relates is filed." LCR 7(h)(2). Having reviewed the docket, the underlying motion papers, and the motion for reconsideration, the Court finds that plaintiffs have failed to meet their burden. The motion for reconsideration is aimed squarely at the Court's May 16, 2023, orders, but was not filed until September 25, 2023. It is therefore untimely. Nor have plaintiffs shown manifest error or new evidence that could not have been presented to the Court in a timely manner.[1]

For all of the foregoing reasons, plaintiffs' motion for reconsideration is DENIED.

Dated this 28th day of September, 2023.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] The Court has considered plaintiffs' Request for Judicial Notice, Dkt. # 57, in the context of the motion to reconsider.

ORDER DENYING PLAINTIFFS' MOTION FOR
RECONSIDERATION - 2