UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SKAGIT COUNTY AUDITOR SANDRA PERKINS, et al., <br><br> Defendants. | CASE NO. 2:23-cv-00404-RSL <br><br> ORDER |

This matter comes before the Court on "Plaintiffs' Motion to Court for More Definite Statement in Response to Request for Judicial Notice of Evidence." Dkt. # 65. Plaintiffs assert that they "have filed seventeen Requests for Judicial Notice" in support of their claims and arguments, but cannot discern whether the Court considered the evidence and therefore cannot frame their "responsive pleadings." Dkt. # 65 at 2. A review of the docket reveals only two document submissions by plaintiffs. Documents that were submitted with the complaint were considered when ruling on the defendants' dispositive motions (Dkt. # 44 at 2), and the Court considered the documents submitted at Dkt. # 57 when determining whether reconsideration was appropriate (Dkt. # 60 at 2 n.1). No further clarification or statement is warranted.

ORDER - 1

DATED this 2nd day of November, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge