UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>SKAGIT COUNTY AUDITOR SANDRA PERKINS, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-00404-RSL<br><br>ORDER DENYING MOTION FOR CRIMINAL REFERRAL |

This matter comes before the Court on "Plaintiffs' Motion for Criminal Referral in Light of Newly-Discovered Evidence." The motion is DENIED.

Dated this 30th day of April, 2024.

　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING MOTION FOR CRIMINAL
REFERRAL - 1